UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: TELEXFREE SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>All Actions | MDL No. 4:14-md-2566-TSH |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Christopher F. Robertson, of the law firm of Seyfarth Shaw LLP, in the above-referenced matter on behalf of Defendants Gerald P. Nehra, Richard W. Waak, and Law Offices of Nehra and Waak.

    Respectfully submitted,

    GERALD P. NEHRA, RICHARD W.
    WAAK, AND LAW OFFICES OF
    NEHRA AND WAAK

    By their attorneys,

    /s/ *Christopher F. Robertson*
    Christopher F. Robertson (BBO No. 642094)
    Seyfarth Shaw LLP
    World Trade Center East
    Two Seaport Lane, Suite 300
    Boston, MA 02210
    Telephone: (617) 946-4800
    Facsimile: (617) 946-4801
Dated: November 21, 2014    crobertson@seyfarth.com

2

## **CERTIFICATE OF SERVICE**

 I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 21, 2014.

 /s/ *Christopher F. Robertson*
 Christopher F. Robertson