UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: TELEXFREE SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 4:14-md-2566-TSH |
| Waldemara Martin, et al.,<br><br>                Plaintiffs,<br>v.<br><br>TelexFree, Inc., et al.,<br><br>                Defendants. | Case No. 4:14-ap-04044 |
| Reverend Jeremiah Githere, et al.,<br><br>                Plaintiffs,<br>v.<br><br>TelexElectric, LLLP, et al.,<br><br>                Defendants. | Case No. 1:14-cv-12825 |
| Anthony Cellucci, et al.,<br><br>                Plaintiffs,<br>v.<br><br>TelexFree, Inc., et al.,<br><br>                Defendants. | Case No. 4:14-ap-04057 |

| | |
|---|---|
| Maduako Ferguson, et al.,<br><br>                    Plaintiffs,<br>v.<br><br>TelexElectric, LLLP, et al.,<br><br>                    Defendants. | Case No. 5:14-cv-00316 |
| Felicia Guevara,<br><br>                    Plaintiff,<br>v.<br><br>TelexFree, Inc., et al.,<br><br>                    Defendants. | Case No. 1:14-cv-22405 |
| Todd Cook,<br><br>                    Plaintiff,<br>v.<br><br>TelexElectric LLLP, et al.,<br><br>                    Defendants. | Case No. 2:14-cv-00134 |

---

**PLAINTIFFS' UNOPPOSED MOTION FOR
APPOINTMENT OF INTERIM LEAD CLASS COUNSEL
AND STEERING COMMITTEE**

---

Plaintiffs and their counsel in all of the MDL 2566 consolidated Plaintiffs' cases respectfully move for appointment of the law firm of Bonsignore, PLLC ("Proposed Interim Lead Counsel" or "Bonsignore") as Interim Lead Class Counsel and Ronald Dardeno of The Law Office of Frank L. Dardeno, LLP ("Dardeno"), William Baldiga of Brown Rudnick ("Baldiga"), D. Michael Noonan of Shaheen and Gordon ("Noonan"), R. Alexander Saveri of Saveri & Saveri ("Saveri"), and William L. Coulthard of Kemp, Jones and Coulthard, LLP ("Coulthard") as Plaintiffs' Interim Steering Committee.

For the reasons set forth in the accompanying memorandum of law, this Court should appoint Bonsignore, PLLC as Interim Lead Counsel for the Putative Class and Ronald Dardeno of The Law Office of Frank L Dardeno LLC, William Baldiga of Brown Rudnick, D. Michael Noonan of Shaheen and Gordon, R. Alexander Saveri of Saveri and Saveri, and William L. Coulthard of Kemp, Jones and Coulthard as Interim Steering Committee for the Plaintiffs.

Dated:  November 22, 2014

Respectfully submitted,

**BONSIGNORE PLLC**

By: */s/ Robert J. Bonsignore*
Robert J. Bonsignore, Esq.
(BBO No. 547880)
**BONSIGNORE PLLC**
193 Plummer Hill Road
Belmont, NH 03220
**Telephone**:  (781) 350-0000
**24hr/Cell**:  (781) 856-7650
**Email**: rbonsignore@classactions.us
**Email**: sganaden@ class-actions.us
**Email**: rkirchner@ class-actions.us
**Email**: lsleboda@ class-actions.us
**Email**: jlent@ class-actions.us
*Proposed Interim Lead Counsel for TelexFree Plaintiffs*

1

Ronald A. Dardeno, Esq.,
(BBO No. 548278)
Law Offices of Frank N. Dardeno
424 Broadway
Somerville, MA 02145
Telephone: 617-666-2600
Email: rdardeno@dardeno.com


William R. Baldiga, Esq.
(BBO No. 542125)
Kiersten Taylor
(BBO No. 81906)
Brown Rudnick
One Financial Center
Boston, MA 02111
Telephone: 617-856-8586
Email: wbaldiga@brownrudnick.com


D. Michael Noonan, Esq.
(NH Bar No. 8214)
Shaheen and Gordon
140 Washington Street
P.O. Box 977
Dover, NH 03821
Telephone: 603-871-4144
Email: mnoonan@shaheengordon.com


R. Alexander Saveri, Esq.
(CA Bar No. 173102)
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111
Telephone: 415-217-6810
Email: rick@saveri.com


William Coulthard, Esq.
Kemp Jones and Coulthard, LLP
Wells Fargo Tower
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702-385-6000
Email: w.coulthard@kempjones.com

2

Ronald P. Passatempo, Esq.
(BBO No. 632508)
Ronald P. Passatempo Law Offices
200 Broadway
Lynnfield, MA 01940
Telephone: 781-596-3100
Email: passatempolaw@comcast.net


Adriana Contartese, Esq.
(FL Bar No. 89634)
Law Offices of Adriana Contartese
OCN Document Prep Suite 926
19W Flagler Street
Miami, FL 33130
Telephone: 617-268-3557
Email: adriana911@juno.com


Ihuoma Igboanugo, Esq.
(NC Bar No. 46618)
The Crescent Law Practice
183 Wind Chime Court, Suite 100
Raleigh, NC 27615
Telephone: 919-341-9707
Email: ihuoma2007@yahoo.com


Mark A. Tate, Esq.
(GA Bar No. 698820)
Tate Law Group, LLC
2 East Bryan Street, Suite 600
P.O. Box 9060
Savannah, GA 31412
Telephone: 912-234-3030
Email: marktate@tatelawgroup.com


Stephen M. Smith, Esq.
(NY Bar No. 277784)
Brain Injury Law Center
2100 Kecoughtan Road
Hampton, VA 23661
Telephone: 877-840-3431
Email: ssmith@braininjurylawcenter.com

3

## CERTIFICATE OF SERVICE

I, Robert J. Bonsignore, hereby certify that on November 22, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter.

/s/ Robert J. Bonsignore
Robert J. Bonsignore