# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: TELEXFREE SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL No. 4:14-md-2566-TSH<br><br>**<u>FILED UNDER SEAL</u>** |
| Waldemara Martin, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>TelexFree, Inc., et al.,<br><br>        Defendants. | Case No. 4:14-cv-11858 |
| Reverend Jeremiah Githere, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>TelexElectric, LLLP, et al.,<br><br>       Defendants. | Case No. 1:14-cv-12825 |

| | |
|---|---|
| Anthony Cellucci, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TelexFree, Inc., et al.,<br><br>    Defendants. | **Case No.  4:14-cv-40093** |
| Maduako Ferguson, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TelexElectric, LLLP, et al.,<br><br>    Defendants. | **Case No.  14-cv-40138** |
| Felicia Guevara,<br><br>    Plaintiffs,<br><br>v.<br><br>TelexFree, Inc., et al.,<br><br>    Defendants. | **Case No.  14-cv-40156** |
| Todd Cook,<br><br>    Plaintiffs,<br><br>v.<br><br>TelexElectric LLLP, et al.,<br><br>    Defendants. | **Case No.  14-cv-40154** |

| | |
|---|---|
| Olavo F. Magalhaes, <br><br> Plaintiffs, <br><br> v. <br><br> James Merrill, et al., <br><br> Defendants. | **Case No. 14-cv-12437** |

| | |
|---|---|
| Paulo Eduardo Ferrari, <br><br> Plaintiffs, <br><br> v. <br><br> TelexFree, Inc., et al., <br><br> Defendants. | **Case No. 14-cv-40144** |

# FILED UNDER SEAL

### EMERGENCY *EX PARTE* MOTION UNDER SEAL OF THE PLAINTIFF TO WAIVE BOND REQUIREMENT IN CONNECTION WITH ATTACHMENT OF REAL PROPERTY OF THE DEFENDANT, DANIIL SHOYFER

NOW COME the Plaintiffs, Esam Abdelgadir, Rita Santos, and Joseph Shikhman, on behalf of themselves and all others similarly situated (hereafter "Plaintiffs"), in the above-captioned Action and, pursuant to Rule 64 of the Federal Rules of Civil Procedure, hereby move this Honorable Court, *ex parte* and Under Seal, for an order waiving the requirement that the Plaintiffs post bond in connection with their requested Attachment of Real Property of the Defendant, Daniil Shoyfer.

In furtherance hereof, the Plaintiffs state as follows:

1. By Emergency Ex Parte Motion filed herewith, the Plaintiffs seek an Attachment of Real Property of the Defendant, Daniil Shoyfer;

2. The exigent circumstances in this case warrant a waiver of the required posting of bond, in the amount of twice the amount of attachment;

3. This action arises out of a multinational pyramid scheme in which TeleFree, Inc., TelexFree, LLC, and TeleFree Financial, Inc. ("TelexFree"), in conjunction with the Defendants, defrauded hundreds of thousands of individuals out of hundreds of millions of dollars;

4. The TelexFree pyramid scheme operated through a network of Promoters, who marketed TelexFree as an income opportunity and recruited new Members and Promoters to join TelexFree within their respective networks;

5. At the upper echelon of the scheme were the "Inside Promoters," who shared a close relationship with TelexFree's founders and management, and who were privy to information not otherwise available to ordinary TelexFree investors or the public;

6. Defendant Daniil Shoyfer ("Shoyfer") was one of the TelexFree Program's most successful Inside Promoters, managing a large network of TelexFree Members based primarily in New York City, but with connections in numerous other states as well;

7. Shoyfer is believed to have been the largest single Promoter in the greater New York area, and was extremely active in recruiting new Members and Promoters;

8. As set forth in the Plaintiffs' Memorandum in Support of Their *Ex Parte* Motion for Attachment, Shoyfer made numerous well-documented misrepresentations intended to encourage his large network of recruits to investment in TelexFree;

9. Shoyfer also attended closed meetings, hosted by TelexFree's management and other leading Inside Promoters, at which information damaging to TelexFree's scheme was discussed;

10. Given Shoyfer's manifestly deep and knowing involvement with TelexFree's fraudulent scheme, it is highly likely that the Plaintiffs will be able to establish his liability in this matter;

11. It is equally clear, given Shoyfer's leadership role in the fraud and the wealth he acquired thereby, that his damages in the present matter will exceed the amount of the Attachment requested by the Plaintiffs;

12. Requiring the Plaintiffs and/or their attorneys to post bond in the present matter would impose a tremendous and, indeed, impossible burden upon the Plaintiffs and their attorneys;

13. Furthermore, requiring the Plaintiffs and/or their attorneys to personally shoulder the burden of posting bond would be grievously unfair, given the hundreds or thousands of individuals who were defrauded personally by Shoyfer, and the many thousands more who suffered harm indirectly through Shoyfer's perpetuation of the TelexFree scheme;

14. Requiring the Plaintiffs and/or their attorneys to post bond in the present matter would, practically speaking, free Shoyfer to conceal, dissipate, or otherwise dispose of his ill-gotten gains with impunity;

                                              Respectfully submitted,

Dated this 2nd day of December, 2014.

                                              /s/ Robert J. Bonsignore
                                              Robert J. Bonsignore, Esq.
                                              BBO #547880
                                              BONSIGNORE, LLC
                                              193 Plummer Hill Road
                                              Belmont, NH  03220
                                              Telephone:  781-856-7650
                                              rbonsignore@classactions.us

                                              /s/ Ronald A. Dardeno
                                              Ronald A. Dardeno, Esq.
                                              (BBO No. 548278)
                                              Law Offices of Frank N. Dardeno
                                              424 Broadway
                                              Somerville, MA  02145
                                              Telephone:  617-666-2600
                                              Email: rdardeno@dardeno.com


                                              D. Michael Noonan, Esq.
                                              (NH Bar No. 8214)
                                              (MA Bar No. 558247)
                                              (VT Bar No. 4050)
                                              (ME Bar No. 7240)
                                              Shaheen and Gordon
                                              140 Washington Street
                                              P.O. Box 977
                                              Dover, NH  03821
                                              Telephone:  603-871-4144
                                              Email: mnoonan@shaheengordon.com


                                              R. Alexander Saveri, Esq.
                                              (CA Bar No. 173102)
                                              Saveri & Saveri, Inc.

706 Sansome Street
San Francisco, CA 94111
Telephone: 415-217-6810
Email: rick@saveri.com

---

Ronald P. Passatempo, Esq.
(BBO No. 632508)
Ronald P. Passatempo Law Offices
200 Broadway
Lynnfield, MA 01940
Telephone: 781-596-3100
Email: passatempolaw@comcast.net

---

Adriana Contartese, Esq.
(FL Bar No. 89634)
Law Offices of Adriana Contartese
OCN Document Prep Suite 926
19W Flagler Street
Miami, FL 33130
Telephone: 617-268-3557
Email: adriana911@juno.com

---

Ihuoma Igboanugo, Esq.
(NC Bar No. 46618)
The Crescent Law Practice
183 Wind Chime Court, Suite 100
Raleigh, NC 27615
Telephone: 919-341-9707
Email: ihuoma2007@yahoo.com

---

Mark A. Tate, Esq.
(GA Bar No. 698820)
Tate Law Group, LLC
2 East Bryan Street, Suite 600
P.O. Box 9060
Savannah, GA 31412
Telephone: 912-234-3030
Email: marktate@tatelawgroup.com

---

Stephen M. Smith, Esq.
(NY Bar No. 277784)

Brain Injury Law Center
2100 Kecoughtan Road
Hampton, VA 23661
Telephone: 877-840-3431
Email: ssmith@braininjurylawcenter.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: TELEXFREE SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL No. 4:14-md-2566-TSH<br><br>**FILED UNDER SEAL** |
| Waldemara Martin, et al.,<br>        Plaintiffs,<br>v.<br>TelexFree, Inc., et al.,<br>        Defendants. | Case No. 4:14-cv-11858 |
| Reverend Jeremiah Githere, et al.,<br>        Plaintiffs,<br>v.<br>TelexElectric, LLLP, et al.,<br>        Defendants. | Case No. 1:14-cv-12825 |
| Anthony Cellucci, et al.,<br>        Plaintiffs,<br>v.<br>TelexFree, Inc., et al.,<br>        Defendants. | Case No. 4:14-cv-40093 |
| Maduako Ferguson, et al.,<br>        Plaintiffs,<br>v.<br>TelexElectric, LLLP, et al.,<br>        Defendants. | Case No. 14-cv-40138 |
| Felicia Guevara,<br>        Plaintiffs,<br>v.<br>TelexFree, Inc., et al.,<br>        Defendants. | Case No. 14-cv-40156 |

| | |
|---|---|
| Todd Cook,<br>    Plaintiffs,<br>v.<br>TelexElectric LLLP, et al.,<br>    Defendants. | **Case No. 14-cv-40154** |
| Olavo F. Magalhaes,<br>    Plaintiffs,<br>v.<br>James Merrill, et al.,<br>    Defendants. | **Case No. 14-cv-12437** |
| Paulo Eduardo Ferrari,<br>    Plaintiffs,<br>v.<br>TelexFree, Inc., et al.,<br>    Defendants. | **Case No. 14-cv-40144** |

# FILED UNDER SEAL

## CERTIFICATE OF SERVICE

I, Robert J. Bonsignore, hereby certify that on December ____, 2014, I caused the foregoing documents to be filed in hand with the Court *Ex Parte*:

1. EMERGENCY *EX PARTE* MOTION UNDER SEAL OF THE PLAINTIFF TO WAIVE BOND REQUIREMENT IN CONNECTION WITH ATTACHMENT OF REAL PROPERTY OF THE DEFENDANT, DANIIL SHOYFER; and

2. Certificate of Service.

Copies of all documents will be forwarded to all counsel of record via first class mail, postage prepaid.

/s/ Robert J. Bonsignore
Robert J. Bonsignore