# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE:   TELEXFREE SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>SAMUEL E. GRIFFITH, Individually and on Behalf of All Others Similarly Situated,<br>          Plaintiff,<br>     v.            No. 14-cv-12058-TSH<br><br>JAMES M. MERRILL, CARLOS N. WANZELER, STEVEN M. LABRIOLA, JOSEPH H. CRAFT, SANDERLY RODRIGUES DE VASCONCELOS, SANTIAGO DE LA ROSA, RANDY N. CROSBY, FAITH R. SLOAN, and JOHN DOES 1-100,<br>          Defendants. | MDL No. 4:14-md-2566-TSH |

### Order Appointment Lead Plaintiff and Lead Counsel
March 19, 2015

**Hillman, D.J.**

1. The Motion By Svetlana Nayman and Igor Kunyanski For Appointment As Lead Plaintiff and Approval of Counsel (Docket No. 4 in the case of *Griffith, et al. v. Merrill, et al.*, 14-cv-12058-TSH), which is unopposed, is ***allowed***, as provided in this Order.[1]

---

[1] Interim Lead Counsel has been appointed for the other cases pending in the TelexFree Securities Litigation, MDL No. 2566; it is anticipated that all other pending cases will be consolidated under a single complaint. At present, this case is the sole case expected to go forward pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C.§78-4(a)(c)(B) ("PSLRA"), and therefore, this case will remain an independent action within the MDL, subject to this Court's orders governing all cases within the MDL.

2. Finding that they satisfy the requirements for lead plaintiff pursuant to the PSLRA, the Court hereby appoints Svetlana Nayman and Igor Kunyanski as "Lead Plaintiff" in the case of *Griffith, et al. v. Merrill, et al.,* 14-cv-12058-TSH.

3. Lead Plaintiff has selected and retained Gardy & Notis, LLP to serve as "Lead Counsel" and Block & Leviton LLP, "Liaison Counsel" in this action.   Their appointment is hereby approved.

4. Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Lead Counsel shall designate:

a. To brief and argue motions and file opposing briefs in proceedings initiated by other parties;

b. To initiate and conduct discovery proceedings;

c. To act as spokesperson at pretrial conferences;

d. To negotiate with defense counsel with respect to settlement and other matters;

e. To call meetings of Plaintiffs' counsel when appropriate;

f. To make all work assignments to Plaintiffs' counsel to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort;

g. To assure that all Plaintiffs' counsel are kept informed of the progress of this litigation as necessary;

h. To conduct trial and post-trial proceedings;

i. To consult with and employ experts;

j. To coordinate and communicate with Defendants' counsel with

respect to matters addressed in this paragraph;

k. To receive and disseminate Court orders and notices;

l. To be the contact between Plaintiffs' counsel and shall direct and coordinate the activities of plaintiffs' counsel; and

m. To perform such other duties and undertake such other responsibilities as it deems necessary or desirable.

5. No communications between Lead Counsel or Liaison Counsel and Interim Lead Counsel or any other counsel representing plaintiffs in any cases consolidated or coordinated with this litigation, shall act as a waiver of any privilege or protection to which they are otherwise entitled.

6. The organizational structure of Plaintiffs' counsel established by this Order shall bind counsel in any action consolidated with this action.[2]

**SO ORDERED.**

/s/   *Timothy S. Hillman*_____    _____
Timothy S. Hillman
United States District Judge

---

[2] There is a substantial question as to whether the TelexFree investments are "securities" within the meaning of the statues invoked by the Plaintiffs and therefore, whether this action should proceed. The parties should make every effort to find a means by which this issue can be resolved at the early stages of the litigation. Given that discovery is being stayed pending resolution of the criminal matter, the Court anticipates that the parties will make this issue their primary focus in the short term.