# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: TELEXFREE SECURITIES LITIGATION<br><br>**This Document Relates To:**<br>    **All Cases** | MDL No. 4:14-md-2566-TSH |

| | |
|---|---|
| CELIO DA SILVA, RITA DOS SANTOS, PUTATIVE CLASS REPRESENTATIVES AND THOSE SIMILARLY SITUATED,<br>    Plaintiffs,<br>            v.<br>TELEXELECTRIC, LLLP; TELEX MOBILE, HOLDINGS, INC.; JAMES M. MERRILL; CARLOS N. WANZELER; STEVEN M LABRIOLA; JOSEPH H. CRAFT, a/k/a JOE H. CRAFT; CRAFT FINANCIAL SOLUTIONS, LLC; ANN GENET; CARLOS COSTA; KATIA WANZELER; SANDERLEY RODRIGUES DE CASCONCELOS; SANTIAGO DE LA ROSA; RANDY N. CROSBY; FAITH R. SLOAN; DANIIL SHOYFER; SCOTT MILLER; GERALD P. NEHRA, individually and doing business as LAW OFFICER OF NEHRA AND WAAK; GERALD P. NEHRA ATTORNEY AT LAW, PLLC; RICHARD W. WAAK, individually and doing business as LAW OFFICER OF NERHA AND WAAK; RICHARD W. WAAK, ATTORNEY AT LAW, PLLC; BANK OF AMERICA, NA; TD BANK, NA; RSB CITIZENS, N.A.; FIDELITY CO-OPERATIVE BANK, doing business as FIDELITY BANK; JOHN F. MERRILL; WELLS FARGO BANK, N.A.; SYNOVUS BANK; GLOBAL PAYROLL GATEWAY INC.; INTERNATIONAL PAYOUT SYSTEMS, INC.; PROPAY, INC., doing business as PROPAY.COM; BASE COMMERCE, LLC, doing business as PHOENIX PAYMENTS; JOHN HUGHES; VANTAGE PAYMENTS, LLC; DUSTIN SPARMAN; ALLIED WALLET, LTD; DOE TOP LEVEL PROMOTERS; DOE LICENSED PROFESSIONAS; DOE BANKS; DOE PAYMENT PROCESSING SERVICES AND PARALEGAL DOE,<br>    Defendants. | **CLASS ACTION**<br><br>**ANSWER OF DANIIL SHOYFER TO SECOND CONSOLIDATED AMENDED COMPLAINT** |

Defendant Daniil Shoyfer ("Shoyfer"), for his Answer to the Second Consolidated Amended Complaint (the "Amended Complaint") of the Plaintiffs and Putative Class Representatives Velio Da Silva and Rita Dos Santos putatively on behalf of themselves and all other similarly situated ("Plaintiffs") answers as follows:

1.      Shoyfer denies the allegations of this paragraph as they may relate to him and in answering further states that he had no knowledge at the relevant times that TelexFree allegedly engaged in any illegal activities.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

2.      Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

3.      Shoyfer denies the allegations of this paragraph as they may relate to him and in answering further states that he had no knowledge at the relevant times that TelexFree allegedly engaged in any illegal or unlawful activities.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

4.      This paragraph contains a conclusion of law for which no response is required. But to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

5.      Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

6.      Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

7.      Shoyfer denies the allegations of this paragraph as they may relate to him and in answering further states that he had no knowledge at the relevant times that TelexFree allegedly

engaged in any illegal or unlawful activities.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

8.      This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

9.      This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

10.      This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

11.      Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

12.      This paragraph contains a conclusion of law for which no response is required. But to the extent a response is deemed necessary, Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

13.      This paragraph contains a conclusion of law for which no response is required. But to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

14.      This paragraph references a document that speaks for itself and, as such, no response is required.  But to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

3

15.     This paragraph contains a conclusion of law for which no response is required. But to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

16.     This paragraph contains a conclusion of law for which no response is required. But to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

17.     This paragraph contains a conclusion of law for which no response is required. But to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

18.     This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

19.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

20.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

21.     This paragraph contains a quote of a statute to which no response is required, but to the extent a response is deemed necessary Shoyfer denies the allegations of this paragraph.

22.     This paragraph contains a conclusion of law for which no response is required. But to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

23.     There referenced document speaks for itself and therefore no response to this paragraph is required.  However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

24.     Denied.

25.     This paragraph contains a conclusion of law for which no response is required. But to the extent a response is deemed necessary, Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

26.     Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

27.     This paragraph contains conclusions of law and references documents for which no response is required.  But to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

28.     This paragraph contains a conclusion of law for which no response is required. But to the extent a response is deemed necessary, Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

29.     This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

30.     This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

31.     This paragraph contains a conclusion of law for which no response is required. But to the extent a response is deemed necessary, Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

32.     This paragraph contains a conclusion of law for which no response is required. But to the extent a response is deemed necessary, Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

33.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

34.     Shoyfer admits that Plaintiffs seek compensation and equitable relief, but deny the remaining allegations of this paragraph as they relate to him, including, without limitation, by specifically denying that Plaintiffs are entitled to any relief or that this action class certification is warranted or permitted.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

## I.     JURISDICTION AND VENUE

35.     Denied.  Shoyfer specifically denies that this action qualifies for class action status.

36.     Denied.  Shoyfer specifically denies that he is subject to the personal jurisdiction of this court or that venue is proper for Shoyfer in this court.

## II.     THE PARTIES

### A.     PLAINTIFFS

37.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

38.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**B.      DEFENDANTS**

      **1.      TELEXFREE DEFENDANTS**

            **a.      Third-Party TelexFree Bankrupt Entities**

39.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

40.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

41.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

42.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

43.     Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

            **b.      Electric and Mobile**

44.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

45.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

2.      **OTHER OPERATIONAL DEFENDANTS**

   a.      **Founder and Principals, Executive Office, Top Level Promoters and Associated Individuals**

46.      Shoyfer admits only that Merrill is an individual who is a founder, principal and executive of TelexFree.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

47.      Shoyfer admits only that Wanzeler is an individual who is a founder, principal and executive of TelexFree.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

48.      Shoyfer admits only that Costa is an individual who is a founder, principal and executive of TelexFree.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

49.      This paragraph contains no allegations and therefore no response is necessary. However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

50.      Shoyfer admits only that Labriola is an individual who is a principal and executive of TelexFree.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

51.      Shoyfer admits only that Craft is an individual who is a principal and executive of TelexFree.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

52.      This paragraph contains no allegations and therefore no response is necessary. However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

53.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

54.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

55.     This paragraph contains no allegations and therefore no response is necessary. However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

56.     This paragraph contains no allegations and therefore no response is necessary. However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

57.     Shoyfer admits only that De La Rosa is an individual and denies the remaining allegations of this paragraph.

58.     This paragraph contains no allegations and therefore no response is necessary. However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

59.     This paragraph contains no allegations and therefore no response is necessary. However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

60.     This paragraph contains no allegations and therefore no response is necessary. However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

61.     Shoyfer admits only that Shoyfer's place of abode is 123 Arbutus Avenue in Staten Island, New York 10312.  Shoyfer denies the remaining allegations of this paragraph.  In answering further, Shoyfer specifically denies that he was a "top level promoter" of TelexFree.

62.     This paragraph contains no allegations and therefore no response is necessary.  However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.  In answering further, Shoyfer specifically denies that he was a "top level promoter" of TelexFree.

63.     This paragraph contains no allegations and therefore no response is necessary.  However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.  In answering further, Shoyfer specifically denies that he was a "top level promoter" or an "executive" of TelexFree.

64.     Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

     **b.**    **Licensed Professionals including Attorneys and Other Professional Services Providers**

65.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

66.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

67.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

68.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

69.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

70.     This paragraph contains no allegations and therefore no response is necessary. However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

71.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

72.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

73.     This paragraph contains no allegations and therefore no response is necessary. However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

74.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

### c.     The Accountant Defendants

75.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

76.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

77.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

78.     This paragraph contains no allegations and therefore no response is necessary. However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

79.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

80.     This paragraph contains no allegations and therefore no response is necessary. However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

3.     **FINANCIAL SERVICES PROVIDERS**

    a.     **The Bank Defendants**

81.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

82.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

83.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

84.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

85.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

86.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

87.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

88.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

89.     This paragraph contains no allegations and therefore no response is necessary. However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

### b.      Payment Processing Service Companies

90.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

91.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

92.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

93.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

94.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

95.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

96.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

97.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

98.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

99.     This paragraph contains no allegations and therefore no response is necessary. However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

100.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

### III.     FACTS AND ALLEGATIONS

**A.     Chronological Overview**

101.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

102.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

103.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

104.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

105.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

106.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

107.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

108.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

109.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

110.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

111.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

112.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

113.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

114.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

115.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

116.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

117.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

118.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

119.    This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

120.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

121.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

122.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

123.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

124.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

125.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

126.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

127.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

128.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

129.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

130.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

131.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

132.    Shoyfer admits only that the TelexFree website promoted an offer with Best Western, but denies the remaining allegations of this paragraph.

133.    Shoyfer admits only that Miller appeared in an internet video touting TelexFree, but denies the remaining allegations of this paragraph.

134.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

135.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

136.    Shoyfer admits only that Merrill, Wanzeler and Labriola made statements in a TelexFree video following June 20, 2013 regarding TelexFree.  Shoyfer denies the remaining allegations of this paragraph.  In answering further, Shoyfer states that he reasonably relied upon the statements of these individuals.

137.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

138.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

139.    Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

140.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.  In answering further, Shoyfer explicitly denies that he was recruited by Wanzeler, Costa, Merrill or Labriola.

141.    Shoyfer admits only that there was a TelexFree event in Newport Beach, California.  Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.  In answering further, Shoyfer explicitly denies that he was present at that event or that he had any part in it.

142.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

143.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

144.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

145.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

146.    Shoyfer admits that Attorney Defendant Nehra made a statement regarding the legal status of TelexFree.  Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.  In answering further, Shoyfer states that he reasonably relied upon the statements of Attorney Nehra.

147.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

148.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

149.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

150.    Shoyfer admits that the TelexFree FaceBook page posted the quoted text, but Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

151.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

152.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

153.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

154.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

155.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

156.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

157.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

158.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

159.     Shoyfer denies all allegations of this paragraph as it relates to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.  In answering further, Shoyfer states that he never participated in any teleconference strategies to siphon off funds from or exploit any TelexFree Promoters.

160.     Shoyfer denies all allegations of this paragraph as it relates to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

161.     Shoyfer denies all allegations of this paragraph as it relates to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.  In answering further, Shoyfer states that he was never involved in any strategy meeting discussing unfair, deceptive or unlawful ways to "fleece the rank and file TelexFree Members and ways to continue to profit from the unlawful business."

162.     Shoyfer admits only that in March of 2014 the TelexFree compensation plan changed.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

163.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

164.     Shoyfer admits only that promoters went to TelexFree's Marlborough office to protest and attempt to reclaim their money.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

165.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

166.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

167.    Admitted.

168.    Admitted.

169.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

170.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**B.      TelexFree's History, Formation and its Brazilian Links**

171.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

172.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

173.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

174.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

175.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

176.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same

177.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

178.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

179.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

180.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**C.      Ympactus, TelexFree's Brazilian-Based Operations**

181.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

182.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

183.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

184.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

185.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

186.     The referenced document speaks for itself and therefore no response is required to this paragraph.  However, to the extent a response is deemed necessary to this paragraph, Shoyfer denies the allegations of this paragraph.

187.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

188.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

189.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

190.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

191.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

192.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

193.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

194.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

195.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

196.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

197.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

198.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

199.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

200.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

201.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

202.     This paragraph contains a conclusion of law for which no response is required but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**D.      The Bankrupt TelexFree Companies**

203.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

204.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

205.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

206.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**E.      TelexFree, Inc.**

207.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

208.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

209.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

210.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

211.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

212.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

213.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

214.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

215.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

216.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

217.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**F.     TelexFree, LLC**

218.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

219.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

220.    This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

221.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

222.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

223.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

224.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

225.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

226.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

227.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**G.     TelexFree Financial, Inc.**

228.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

229.     This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

230.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

231.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

232.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**H.     Relationship of the Bankrupt TelexFree Companies**

233.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

234.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

235.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

236.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

237.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

238.     This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

## I.  Defendants Electric and Mobile

239.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

240.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

241.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

242.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

243.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

244.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

245.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

246.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

247.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

248.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

249.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

250.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**J.      TelexFree's Founder and Principals, Executive Officers and Top Level Promoters**

251.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

252.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

253.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

254.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

255.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

256.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

257.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

258.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

259.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

260.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

261.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

262.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

263.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

264.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

265.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

266.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

267.    Shoyfer admits only that he was a TelexFree promoter and that he arranged and held public meeting in New York City.  Shoyfer denies the remaining allegations of this paragraph.  In answering further, Shoyfer specifically denies that he was a "top" promoter or that he managed a "large network" of members or that he recruited promoters himself through the meetings he arranged and held.

268.    Shoyfer admits only that he sent the quoted text message and denies the remaining allegations of this paragraph.

269.    Shoyfer admits only that he attended a meeting with TelexFree's executives in Marlborough, Massachusetts and that Shoyfer was instructed not to discuss the new TelexFree compensation plan with others.  Shoyfer denies the remaining allegations of this paragraph.  In

answering further, Shoyfer states that he was told not to discuss the new compensation plan with others because the plan was going to be given a world-wide reveal at a large event in Boston.

270.    Denied.

271.    This paragraph references documents that speak for themselves of which Shoyfer is unaware and therefore Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

272.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

273.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

274.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

275.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

276.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

277.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

278.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

279.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

280.     Shoyfer denies that he had any knowledge that TelexFree was an enterprise carrying out unlawful, unfair, or deceptive acts or practices.  Shoyfer denies that he personally performed integral services and provided essential advice and assistance that was used to further TelexFree's allegedly unlawful business.  Shoyfer denies that he fully and knowingly furthered TelexFree's allegedly unlawful Pyramid scheme.  Without limiting the foregoing, Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

## K.    TelexFree's Unlawful, Unfair and Deceptive Pyramid Scheme

281.     This paragraph contains no allegations and therefore no response is necessary. However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

282.     This paragraph contains no allegations and therefore no response is necessary. However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

283.     This paragraph contains no allegations and therefore no response is necessary. However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

284.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

285.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

286.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

287.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

288.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

289.     Shoyfer admits only that TelexFree represented on its website that Merrill was a college graduate with specialty degrees in a field related to the product TelexFree touted as driving the profit, that TelexFree touted its principals' long-term experience and involvement with telecommunications, and that TelexFree had lawyers, CPAs and other professionals to bless TelexFree.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.  In answering further, Shoyfer states that he reasonably relied upon the representations on the Texfree website.

290.     Shoyfer admits only that Attorney Nehra made certain statements in favor of TelexFree and that Craft was involved in TelexFree.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.  In answering further, Shoyfer specifically denies any implication that Shoyfer intentionally or knowingly engaged in any unlawful or illegal acts.  In answering further, Shoyfer states that he reasonably relied upon the statement of Attorney Nehra.

291.     Shoyfer admits only that TelexFree held conferences at hotels.  Shoyfer denies the remaining allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

292.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

293.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

294.     This paragraph contains no allegations and therefore no response is necessary. However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

295.     This paragraph contains no allegations and therefore no response is necessary. However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

296.     This paragraph contains no allegations and therefore no response is necessary. However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

297.     This paragraph contains no allegations and therefore no response is necessary. However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

298.     This paragraph contains no allegations and therefore no response is necessary. However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

299.     This paragraph contains no allegations and therefore no response is necessary. However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

300.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

301.    Shoyfer denies that he knew that TelexFree was a Pyramid Scheme and that he actively assisted and profited thereby. Without limiting the foregoing, Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

302.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

303.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

304.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

305.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

306.    This paragraph contains conclusions of law for which no response is required. But to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

307.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

308.    Shoyfer admits only that TelexFree offered a VoIP program for a flat monthly fee of $49.90.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

309.    Shoyfer admits only that TelexFree offered a VoIP program called 99TelexFree. Shoyfer denies the remaining allegations of this paragraph.

310.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

311.     This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

312.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

313.     Shoyfer denies that TelexFree could not have carried out its activities without the assistance of Shoyfer. Without limiting the foregoing, Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

314.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

315.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

316.     Shoyfer admits only that TelexFree created memberships known as "AdCentral" packages.  Shoyfer denies the remaining allegations of this paragraph.

317.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

318.     Shoyfer admits only that promoters were motivated to recruit a network of new members because they could make additional compensation thereby.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

319.     Shoyfer denies the allegations of this paragraph as it relates to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

320.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

321.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

322.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

323.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

324.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

325.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

326.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.  In answering further, Shoyfer explicitly denies that he had any knowledge that TelexFree was operating an unlawful business.

327.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

328.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

329.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

330.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

331.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

332.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

333.     Admitted.

334.     Admitted.

335.     Admitted.

336.     Admitted.

337.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

338.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

339.     Admitted.

340.     Admitted.

341.     Admitted.

342.     Admitted.

343.     Admitted.

344.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

345.    This paragraph contains a quotation of a document which speaks for itself and therefore no response is necessary.  However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

346.    This paragraph contains a quotation of a document which speaks for itself and therefore no response is necessary.  However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

347.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

348.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

349.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

350.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

351.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

352.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

353.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

354.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

355.     Shoyfer admits only that a promoter was allowed to invest in more than one advertisement kit and purchase the VoIP Program to earn bonuses.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

356.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

357.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

358.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

359.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

360.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

361.     Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

362.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

363.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

364.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

365.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

366.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

367.     This paragraph contains no allegations and therefore no response is necessary. However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

368.     This paragraph contains no allegations and therefore no response is necessary. However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

369.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

370.     This paragraph contains no allegations and therefore no response is necessary. However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

371.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

372.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**L.     Gallery of Rogues Assembled**

**1.     The Seasoned Scam Artists**

373.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

374.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

375.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

376.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

377.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

378.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

379.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

380.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

381.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

382.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

383.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

384.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

385.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

386.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

387.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

388.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

389.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

390.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

391.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

392.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**2.      The Professional Legitimizers' Roles**

393.     Shoyfer admits the allegations of this paragraph except to the extent that it alleges that certain business models were later found to be fraudulent and unlawful pyramid schemes, in regards to which Shoyfer is without sufficient information to admit or deny such allegation and therefore denies the same.

394.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

395.    Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

396.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

397.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

398.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

399.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

400.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

401.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

402.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

403.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

404.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

405.    Admitted.

406.    Admitted.

407.    Admitted.

408.    Admitted.

409.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

410.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

411.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

412.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

413.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

414.    Admitted.

415.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

416.    Shoyfer admits only that Attorney Nehra informed certain persons that he had "vetted" and "bless[ed]" TelexFree's business model and operation.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.  In answering further, Shoyfer states that he reasonably relied upon the statements of Attorney Nehra.

417.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

418.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

419.    Shoyfer admits only that TelexFree used the presence, representations and statements of Attorney Defendants to perpetuate and advance the business of TelexFree in the United States.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

420.    Admitted.

421.    Admitted.

422.    Shoyfer admits only that Attorney Nehra advised attendees that the shutdown in Brazil would not affect TelexFree's operations in the United States.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.  In answering further, Shoyfer states that he reasonably relied upon the statements of Attorney Nehra.

423.    Admitted.  In answering further, Shoyfer states that he reasonably relied upon the statements of Attorney Nehra.

424.    This paragraph contains a conclusion of law for which no response is required. But to the extent a response is deemed necessary, Shoyfer admits.

425.    This paragraph contains a conclusion of law for which no response is required. But to the extent a response is deemed necessary, Shoyfer admits.

426.    This paragraph contains a conclusion of law for which no response is required. But to the extent a response is deemed necessary, Shoyfer admits.

427.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

428.    This paragraph contains a conclusion of law for which no response is required. But to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

429.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

430.    There referenced document speaks for itself and therefore no response to this paragraph is required.  However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

431.    There referenced document speaks for itself and therefore no response to this paragraph is required.  However, to the extent a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

432.    Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

433.    Shoyfer admits only that promotional materials represented that TelexFree was a "clean & scam free business."  Shoyfer denies the remaining allegations of this paragraph.  In answering further, Shoyfer states that he reasonably relied upon these materials.

**M.      TelexFree's Fraudulent and Deceptive Use of Best Western Hotel**

434.    Shoyfer admits only that TelexFree represented that it had a connection with Best Western Hotel in South America that it could offer to its promoters and that TelexFree represented that it had an interest in Best Western.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

435.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

436.    Shoyfer admits only that TelexFree features the offer of the "Hotel Best Western Opportunity" on the front page of the TelexFree website with an accompanying banner and video.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

437.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

438.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

439.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**N.      Investigation of, and Injunctions against, TelexFree's Brazilian Operations in Brazil**

440.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

441.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

442.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

443.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

444.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

445.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

446.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

447.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

448.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

449.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

450.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

451.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

452.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

453.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

454.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**O.      TelexFree's Continued United States' Operations**

455.     Shoyfer admits only that TelexFree continued to operate in the United States after June 2013.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

456.     Shoyfer admits only that TelexFree retaining the Sheffield Group.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

457.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

458.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

459.     Shoyfer denies the allegations of this paragraph as it related to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.  In answering further, Shoyfer states that he did not know that TelexFree was an unlawful Pyramid scheme or that TelexFree was engaging in unlawful operations and activities in the United States.

**P.      Collapse of TelexFree's United States Operations**

460.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

461.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

462.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

463.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

464.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

465.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

466.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**Q.     TelexFree's Belated Efforts to Legitimize Its Scheme**

467.     Admitted.

468.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

469.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

470.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

471.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

472.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

473.     Shoyfer admits that promoters went to TelexFree's Marlborough Office to protest the changes and to attempt to regain access to their money.  Shoyfer is without sufficient

information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

474.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

475.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

476.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

477.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

478.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**R.    Events Since TelexFree's Bankruptcy Filing**

479.    Admitted.

480.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

481.    Admitted.  In answering further, Shoyfer states that the SEC did not file a Complaint against Shoyfer.

482.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

483.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

484.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

485.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

486.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

487.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

488.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

489.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**S.     TelexFree's Principals, Founders and Executive Office Controlled TelexFree, Knowingly Perpetrated the Unlawful, Unfair, and Deceptive Pyramid Scheme and Made False Representations about TelexFree**

490.     Admitted.

491.     Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

492.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

493.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

494.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

495.     Shoyfer admits only that Merrill represented that TelexFree had been "in the VoIP business for more than a decade."  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

496.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

497.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

498.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

499.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

500.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

501.     Admitted.

502.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

503.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

504.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

505.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

506.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same

507.     Admitted.

508.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

509.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

510.     Admitted.

511.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

512.     Admitted.

513.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

514.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

515.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

516.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

517.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

518.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

519.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same

520.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

521.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

522.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

523.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

524.    Admitted.

525.    Admitted.

526.    Shoyfer admits only that Costa claimed that TelexFree "never was, never will be" an illegal pyramid scheme because of its VoIP sales.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.  In answering further, Shoyfer states that he reasonably relied upon the statements of Costa.

527.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

528.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**T.     TelexFree's Top Level Promoters Played an Integral, Essential and Primary Role and also Aided and Abetted the Pyramid Scheme**

529.    Shoyfer admits only that he was a TelexFree promoter.  Shoyfer denies the remaining allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.  In answering further, Shoyfer states that he had no knowledge that TelexFree may have been operating an allegedly illegitimate or illegal business.

530.    Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.  In answering further, Shoyfer explicitly denies that he knew he was involved in unlawful activities designed to wrongfully take the funds invested by the putative class.  In answering further, Shoyfer explicitly denies that he was recruited by the Founders, Principals or Executive Office.

531.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.  In answering further, Shoyfer denies that he engaged in suspicious, tortious or unlawful activities.

532.    Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.  In answering further, Shoyfer explicitly denies that he had knowledge that he was engaging in an allegedly illegal pyramid scheme.

**U.     TelexFree's Attorneys Played an Integral Role in and Aided and Abetted the Unlawful, Unfair, and Deceptive Pyramid Scheme**

533.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

534.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

535.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

536.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

537.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

538.    Admitted.

539.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

540.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

541.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

542.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

543.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

544.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

545.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

546.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

547.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

548.     Shoyfer admits the allegations of this paragraph except for the portion which seeks to exclude Shoyfer from having been negligencely, recklessly, willfully, knowingly, unfairly or deceptively counsel and advised by Attorney Nehra to unknowingly participate in the evasion of federal and state securities laws.  In answering further, Shoyfer states that he was deceptively counseled and advised by Attorney Nehra.

549.     Admitted.

550.     Admitted.

551.     Admitted.

552.     Admitted.

553.     Admitted.

554.     Shoyfer admits that Nehra negligently told promoters (including Shoyfer) and prospective members that TelexFree's actions were within the purview of federal and state laws. Shoyfer denies the remaining allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.  In answering further, Shoyfer states that he reasonably relied on the opinions and representations of Shoyfer.

555.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

556.    Shoyfer admits only that Attorney Nehra provided assurances to promoters (including Shoyfer) that "[t]he special ingredient is that you have a real product."  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.  In answering further, Shoyfer states that he reasonably relied upon the assurances of Attorney Nehra.

557.    Shoyfer admits only that Attorney Nehra assured promoters (including Shoyfer) on internet posting, in writing and in person at marketing promotions that, in his professional opinion, the TelexFree business model was legitimate.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.  In answering further, Shoyfer states that he reasonably relied upon the assurances for Attorney Nehra.

558.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

559.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

560.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

561.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

562.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

563.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same

564.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

565.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

566.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

567.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

568.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

569.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

570.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

571.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**V.      TelexFree's Accountants and Professional Services Providers Played an Integral Role in and Aided and Abetted the Unlawful, Unfair, and Deceptive Pyramid Scheme**

572.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

573.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

574.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

575.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

576.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

577.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

578.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

579.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

580.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

581.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

582.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

583.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

584.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

585.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

586.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

587.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

588.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

589.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

590.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

591.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

592.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

593.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

594.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

595.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

596.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

597.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

598.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

599.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

600.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

601.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

602.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

603.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

604.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

605.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

606.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

607.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

## W.     The Financial Services Providers Were Required to Comply with Various Statutory And Regulatory Investigation and Monitoring Obligations

608.     This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

609.     This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

610.     This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

611.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

612.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

613.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

614.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

615.     This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

616.     This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

617.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

618.     This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

619.     This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

620.     This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

621.     This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

622.     This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

623.     This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

624.     This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

625.     This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

626.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

627.     This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

628.     This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

629.     This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

630.     This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

631.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

632.    Shoyfer denies that he was engaged in suspicious, tortious or illegal activity. Without limiting the foregoing, Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

633.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

634.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

635.    This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

636.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

637.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

638.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

639.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

640.    Shoyfer denies that he was engaged in suspicious, tortious or illegal activity. Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

641.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

642.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

643.     This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

644.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

645.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

646.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

647.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

648.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

649.     This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

650.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

651.    This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

652.    This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

653.    This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

654.    This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

655.    This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

656.    This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

657.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

658.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

659. Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

660. Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

661. Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

662. The referenced document speaks for itself and no response to this paragraph is required. However, to the extent that a response is deemed necessary to this paragraph, Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

663. Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

664. Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

665. Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

666. Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

667. Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

668. Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

669.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

670.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

671.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

672.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

673.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

674.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

675.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

676.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

677.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

678.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

679.     The referenced document speaks for itself and no response to this paragraph is required.  However, to the extent that a response is deemed necessary to this paragraph, Shoyfer

is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

680.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

681.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

682.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

683.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

684.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

685.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

686.    The referenced document speaks for itself and no response to this paragraph is required.  However, to the extent that a response is deemed necessary to this paragraph, Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

687.    The referenced document speaks for itself and no response to this paragraph is required.  However, to the extent that a response is deemed necessary to this paragraph, Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

688.     The referenced document speaks for itself and no response to this paragraph is required.  However, to the extent that a response is deemed necessary to this paragraph, Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

689.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

690.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**X.      TelexFree's Suspicious, Tortious and Unlawful Operation Displayed Red Flags Detectable by the Defendant Financial Services Providers**

691.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

692.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

693.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

694.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

695.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

696.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

697.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

698.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

699.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

700.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

701.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

702.     This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

703.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

704.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

705.     Shoyfer denies that he siphoned funds from anyone. Without limiting the foregoing, Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

706.     Shoyfer denies that he wrongfully converted the putative class members' funds to his own personal possession and use.  Without limiting the foregoing, Shoyfer denies the allegations of this paragraph as they relate to him. Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

707.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

708.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

709.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**Y.    The Bank Defendants**

710.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

711.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

712.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

713.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

714.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

715.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

716.    Shoyfer denies that he was unjustly enriched.  Without limiting the foregoing, Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

717.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

718.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

719.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

720.    This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

721.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

722.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

723.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

724.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

725.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same

726.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

727.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

728.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

729.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

730.    Shoyfer denies that he absconded with significant funds or was caught while in the act of doing so.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

731.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

732.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

733.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

### 1.    Defendant Bank of America

734.    The referenced document speaks for itself and no response to this paragraph is required.  However, to the extent that a response is deemed necessary to this paragraph, Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

735.    The referenced document speaks for itself and no response to this paragraph is required.  However, to the extent that a response is deemed necessary to this paragraph, Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

736.    The referenced document speaks for itself and no response to this paragraph is required.  However, to the extent that a response is deemed necessary to this paragraph, Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

737.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

738.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

739.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

740.    Shoyfer admits only that Bank of America was named in TelexFree's "signup procedures" document which was available online as an entity holding TelexFree accounts into which transfer of membership funds could be made by members.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

741.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

742.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

743.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

744.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

745.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

746.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

747.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

748.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

749.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

750.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

751.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

752.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

753.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

754.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

755.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

756.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

757.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

758.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

759.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

760.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

761.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

762.    This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**2.      Defendant TD Bank**

763.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

764.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

765.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same

766.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

767.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

768.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

769.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

770.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

771.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

772.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

773.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

774.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

775.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

776.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same

777.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

778.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

779.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

780.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

781.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

782.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

783.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

784.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

785.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

786.     Shoyfer admits only that TD Bank was named in TelexFree's "signup procedures" documents which was available online as an entity holding TelexFree accounts into which transfers of membership funds could be made by Members.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

787.    Admitted.

788.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

789.    Admitted.

790.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

791.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

792.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

793.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

794.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

795.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

796.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

797.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

798.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

799.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

800.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same

801.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

802.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

803.    This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**3.      Fidelity Bank**

804.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

805.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

806.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

807.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

808.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

809.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

810.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

811.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

812.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

813.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

814.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

815.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

816.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

817.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

818.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

819.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

820.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

821.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

822.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

823.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

824.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

825.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

826.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

827.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

828.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

829.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

830.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

831.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

832.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

833.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

834.    This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**4.     Synovus**

835.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

836.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

837.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

838.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

839.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

840.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

841.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

842.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

843.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

844.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

845.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

846.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

847.    This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**Z.      Defendant Payment Processing Service Companies**

848.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

849.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

850.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

851.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

852.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

853.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

854.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

855.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

856.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

857.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

858.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

859.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**1.    Propay**

860.    Admitted.

861.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

862.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

863.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

864.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

865.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

866.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

867.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

868.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

869.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

870.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

871.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

872.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

873.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

874.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

875.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

876.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

877.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

878.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**2.     GPG**

879.     Admitted.

880.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

881.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

882.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

883.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

884.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

885.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

886.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

887.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

888.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

889.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

890.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

891.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

892.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**3.      Base Commerce**

893.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

894.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

895.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

896.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

897.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

898.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

899.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

900.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

901.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

902.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

903.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

904.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

905.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

906.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

907.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

908.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

909.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

910.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

911.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

912.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

913.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

914.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

915.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

916.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

917.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same

918.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

919.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

920.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

921.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

922.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

923.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

924.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

925.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

926.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

927.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**4.      Vantage Payments**

928.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

929.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

930.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

931.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

932.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

933.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

934.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

935.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

936.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

937.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

938.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

939.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

940.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

941.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

942.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

943.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

944.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

945.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

946.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

947.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

948.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

949.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

950.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

951.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

952.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

953.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

954.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

955.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**5.      Allied Wallet**

956.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

957.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

958.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

959.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

960.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

961.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

962.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

963.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

964.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

965.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

966.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

967.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

968.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

969.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

970.    Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**6.      IPS**

971.     Shoyfer admits only that TelexFree performed ACH processing services through IPS. Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

972.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

973.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same

974.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

975.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

976.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

977.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

978.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

979.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

980.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

981.     Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

982.   Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

983.   Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

984.   Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

985.   Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

986.   Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

987.   Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

988.   Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

989.   Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

990.   Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

991.   Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

992.   Shoyfer admits only that Plaintiffs seek to obtain damages, restitution and injunctive relief, but denies the remaining allegations of this paragraph, including that Plaintiffs are entitled to the same or that class certification is warranted in this case.

# IV.    CLASS ACTION ALLEGATIONS

993.   Denied.

994.   Denied.

995.   Denied.

996.   Denied.

997.   Denied.

998.   Denied.

999.   Denied.

1000.  Denied.

1001.  Denied.

1002.  Denied.

1003.  Denied.

# V.    CLAIMS FOR RELIEF

## FIRST CLAIM FOR RELIEF
### VIOLATIONS OF MASSACHUSETTS GENERAL LAWS, CHAPTER 93, SECTIONS 12 AND 69
#### (Against All Operational Defendants)

1004.   Shoyfer incorporates by reference all responses in all previous paragraphs, as though fully set forth herein.

1005.   This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1006.   This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer denies the allegations of this paragraph.

1007.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1008.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

## SECOND CLAIM FOR RELIEF
### VIOLATIONS OF MASSACHUSETTS GENERAL LAWS, CHAPTER 93A, SECTIONS 2 AND 11
### (Against All Operational Defendants)

1009.   Shoyfer incorporates by reference all responses in all previous paragraphs, as though fully set forth herein.

1010.   This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1011.   This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

1012.   This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1013.   This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer denies the allegations of this paragraph

as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1014.   This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1015.   This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1016.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

## THIRD CLAIM FOR RELIEF
### AIDING AND ABETTING VIOLATIONS OF MASSACHUSETTS GENERAL LAWS, CHAPTER 93, SECTIONS 12 AND 69, AND MASSACHUSETTS GENERAL LAWS, CHAPTER 93A, SECTIONS 2(a) or 11
#### (Against TelexFree And All Defendants)

1017.   Shoyfer incorporates by reference all responses in all previous paragraphs, as though fully set forth herein.

1018.   This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

1019.   Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

1020.   This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer denies the allegations of this paragraph.

1021.   Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

1022.   This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1023.   This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1024.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1025.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1026.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1027.   Shoyfer is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

1028.   Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1029.   Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1030.   Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1031.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1032.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1033.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1034.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1035.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1036.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

### FOURTH CLAIM FOR RELIEF
### UNJUST ENRICHMENT
### (Against All Defendants)

1037.   Shoyfer incorporates by reference all responses in all previous paragraphs, as though fully set forth herein.

1038.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1039.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1040.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1041.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1042.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1043.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

**FIFTH CLAIM FOR relief**
**CIVIL CONSPIRACY**
**(Against TelexFree, All Operational Defendants, John Merrill, John Hughes, Dustin Sparman, Fidelity Bank, Base Commerce, GPG, and IPS)**

1044.   Shoyfer incorporates by reference all responses in all previous paragraphs, as though fully set forth herein.

1045.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1046.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1047.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1048.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1049.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1050.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1051.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1052.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

## SIXTH CLAIM FOR RELIEF
### PROFESSIONAL NEGLIGENCE
### (Against All Licensed Professional Defendants)

1053.   This Claim for Relief is not alleged as against Shoyfer, so no response is required by Shoyfer.  However, to the extent a response by Shoyfer is deemed necessary, Shoyfer incorporates by reference all responses in all previous paragraphs, as though fully set forth herein.

1054.   This Claim for Relief is not alleged as against Shoyfer, so no response is required by Shoyfer.  However, to the extent a response by Shoyfer is deemed necessary, Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1055.   This Claim for Relief is not alleged as against Shoyfer, so no response is required by Shoyfer.  However, to the extent a response by Shoyfer is deemed necessary, Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1056.   This Claim for Relief is not alleged as against Shoyfer, so no response is required by Shoyfer.  However, to the extent a response by Shoyfer is deemed necessary, Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1057.   This Claim for Relief is not alleged as against Shoyfer, so no response is required by Shoyfer.  However, to the extent a response by Shoyfer is deemed necessary, Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1058.   This Claim for Relief is not alleged as against Shoyfer, so no response is required by Shoyfer.  However, to the extent a response by Shoyfer is deemed necessary, Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1059.   This Claim for Relief is not alleged as against Shoyfer, so no response is required by Shoyfer.  However, to the extent a response by Shoyfer is deemed necessary, Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

**SEVENTH CLAIM FOR RELIEF**
**NEGLIGENT MISREPRESENTATION**
**(Against Operational Defendants Except Katia Wanzeler)**

1060.   Shoyfer incorporates by reference all responses in all previous paragraphs, as though fully set forth herein.

1061.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1062.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1063.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1064.   This paragraph states no allegation against Shoyfer and therefore no response by Shoyfer is required.  However, to the extent a response by Shoyfer is deemed necessary, Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1065.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1066.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

### EIGHT CLAIM FOR RELIEF
### VIOLATION OF MASSACHUSETTS GENERAL LAWS,
### CHAPTER 110a, SECTION 410(b)
### (Against All Operational Defendants except for PricewaterhouseCoopers)

1067.   Shoyfer incorporates by reference all responses in all previous paragraphs, as though fully set forth herein.

1068.   This paragraph does not complaint an allegation and therefore no response is required.  However, to the extent that a response is deemed necessary, Shoyfer denies the allegations of this paragraph.

1069.   This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1070.   Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1071.   Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1072.   This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1073.   This paragraph contains a conclusion of law for which no response is required, but to the extent a response is deemed necessary Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1074.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1075.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1076.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1077.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1078.   Shoyfer admits that Plaintiffs and the Putative Class seek the award of actual damages on behalf of the Class, but denies that they are entitled to the same or that class certification is merited in this case.

1079.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1080.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

## NINTH CLAIM FOR RELIEF
### FRAUD
### (Against Operational Defendants)

1081.   Shoyfer incorporates by reference all responses in all previous paragraphs, as though fully set forth herein.

1082.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1083.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1084.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1085.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1086.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1087.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1088.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1089.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1090.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1091.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1092.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

### TENTH CLAIM FOR RELIEF
### TORTIOUS AIDING AND ABETTING
#### (Against All Defendants)

1093.   Shoyfer incorporates by reference all responses in all previous paragraphs, as though fully set forth herein.

1094.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1095.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1096.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1097.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

1098.   Shoyfer denies the allegations of this paragraph as they relate to him.  Shoyfer is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

## **GENERAL DENIAL**

Each and every allegation of the Amended Complaint not specifically admitted is hereby denied.

## **AFFIRMATIVE DEFENSES**

1.      The Plaintiffs and the Putative Class are not entitled to certification as a class.

2.      The Amended Complaint is barred, in whole or in part, by lack of standing.

3.      The Amended Complaint is barred, in whole or in part, by the doctrine of laches.

4.      The Amended Complaint fails to state a claim upon which relief can be granted.

5.      The Amended Complaint is barred, in whole or in part, because any damages to Plaintiffs and the Putative Class were not the proximate result of Shoyfer's actions or omissions.

6.      The Amended Complaint is barred, in whole or in part, because Plaintiffs and the Putative Class have suffered no compensable injury.

7.      Plaintiffs and the Putative Class cannot recover damages from Shoyfer to the extent that damages alleged by Plaintiffs and the Putative Class are speculative or uncertain.

8.      Plaintiffs and the Putative Class cannot recover damages from Shoyfer to the extent that Plaintiffs and the Putative Class failed to mitigate their alleged damages.

9.      The Amended Complaint barred, in whole or in part, because the Plaintiffs and the Putative Class have not suffered the damages claimed.

10.      The Amended Complaint must be dismissed, in whole or in part, because the Plaintiffs failed to meet the statutory prerequisites to filing a Chapter 93A claim against Shoyfer.

11.      The Amended Complaint must be dismissed, in whole or in part, because Shoyfer did not take actions substantially and primarily in Massachusetts.

12.      The Amended Complaint must be dismissed, in whole or in part, because the Court does not have personal jurisdiction over Shoyfer.

13.      The Amended Complaint must be dismissed, in whole or in part, because Shoyfer has not been unjustly enriched.

14.      The Amended Complaint must be dismissed, in whole or in part, because there is no statutory authority for an "aiding and abetting" claim under Chapter 93A.

15.      The Amended Complaint must be dismissed, in whole or in part, because Shoyfer made no knowing misrepresentations.

16.      The Amended Complaint must be dismissed, in whole or in part, because the Plaintiffs and the Putative Class did not rely on any knowing misrepresentation made by Shoyfer.

17.      The Amended Complaint must be dismissed, in whole or in part, because Shoyfer did not knowingly join with any other defendant to effectuate any improper or illegal purpose.

18.     To the extent the Plaintiffs and the Putative Class state a claim, which Shoyfer denies, the Plaintiffs and the Putative Class's remedies are limited to the extent there is sought an overlapping or duplicative recovery pursuant to the various claims against Shoyfer for any alleged single wrong.

19.     The Amended Complaint, in whole or in part, is barred by such other and further affirmative defenses as set forth in the Federal Rules of Civil Procedure as may be deemed applicable to this case by further discovery and disclosure.

## RESERVATION OF RIGHTS

Shoyfer has not knowingly or intentionally waived any applicable affirmative defenses and reserves the right to assert and rely on such other applicable affirmative defenses as may become available or apparent during discovery proceedings.  Shoyfer further reserves the right to amend his answer and/or affirmative defenses accordingly and/or to delete affirmative defenses that he determines are not applicable during the course of subsequent discovery.  Shoyfer further reserves the right to seek attorney's fees and costs under any applicable law or statute.

## SHOYFER DEMANDS A TRIAL BY JURY ON ALL ISSUES

## REQUESTED RELIEF ON AMENDED COMPLAINT

WHEREFORE, Shoyfer prays for the following relief on the Amended Complaint:

1.     That the Court deny that this action be maintained as a class action;

2.     That Plaintiffs and the Putative Class take nothing by way of the Amended

Complaint, that the Amended Complaint be dismissed with prejudice and that judgment be

rendered in favor of Shoyfer;

3.     That Shoyfer be awarded his costs, including reasonable attorney's fees incurred

herein, in accordance with applicable law or statute; and

4.     For such other and further relief as the Court deems just and proper.

> Respectfully submitted,
> Daniil Shoyfer,
> By his attorneys,
>
> /s/ Matthew Shayefar
> Matthew Shayefar, Esq. (BBO 685927)
> Valentin D. Gurvits, Esq. (BBO 643572)
> Boston Law Group, PC
> 825 Beacon Street, Suite 20
> Newton Centre, MA  02459
> Telephone: (617) 928-1804
> Facsimile: (617) 928-1802
> matt@bostonlawgroup.com
> vgurvits@bostonlawgroup.com

Dated:     June 19, 2015

## Certificate of Service

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 19, 2015.

> /s/  Matthew Shayefar