## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: TELEXFREE SECURITIES LITIGATION | MDL No. 4:14-md-2566-TSH |
| This Document Relates to: ALL CASES | |

## MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENTS WITH DEFENDANTS JOSEPH CRAFT AND CRAFT FINANCIAL SOLUTIONS, INC., BASE COMMERCE, LLC, SYNOVUS BANK, AND CERTAIN RELATED PARTIES

Plaintiffs Waldamara Martin, Igor Shikhman, Tyzza Hartman, Edivaldo A. Reis and Rita Dos Santos (together "Plaintiffs" or "Proposed Class Representatives") hereby move the Court, pursuant to Federal Rule of Civil Procedure 23, for preliminary approval of three settlements which encompass the claims against twelve parties, nine of which are Defendants and three of which are related third-parties. The first is with Defendants Joseph Craft and Craft Financial Solutions, Inc. (the "Craft Defendants") and related parties BWFC Processing Center, LLC, ACE LLP and Audra Craft (collectively with the Craft Defendants, the "Craft Parties"). The second is with Defendants Base Commerce, LLC ("Base Commerce"), John Hughes, Brian Bonfiglio, John Kirchhefer, and Alexander Sidel (together with Base Commerce, the "Base Commerce Defendants") and the third is with Synovus Bank (together with the Base Commerce Defendants, the "Base/Synovus Defendants" and together with the Craft Parties, the "Settling Defendants/Parties"). Plaintiffs seek entry of orders:

    (i)       granting preliminary approval of the settlement agreement with the Craft Parties (the "Craft Agreement") and the settlement agreement with the Base/Synovus

Defendants (the "Base/Synovus Agreement")[1] (collectively, the "Settlement Agreements");

(ii)     provisionally certifying a settlement class with respect to each settlement (the "Settlement Class");

(iii)    appointing Waldamara Martin, Igor Shikhman, Tyzza Hartman, Edivaldo A. Reis and Rita Dos Santos as Class Representative of the Settlement Class;

(iv)    preliminarily appointing Bonsignore Trial Lawyers, PLLC as Lead Counsel and the Law Offices of Frank L. Dardeno, LLP; Saveri & Saveri, Inc.; Shaheen and Gordon; Kemp, Jones & Coulthard, LLP; and Brown Rudnick LLP as Class Counsel for the Settlement Class;

(v)     approving the manner and form of giving notice of the settlements to class members;

(vi)    approving the administrative appeal process for claimants dissatisfied with their award;

(vii)   establishing a timetable for publishing class notice and lodging objections to the terms of the settlements;

(viii)  approving a means by which class members may contest administrative findings related to their claims;

(ix)    setting a date for the Final Approval hearing; and

(x)     establishing a briefing schedule for Plaintiffs' application for an award of attorneys' fees and expenses and setting a hearing date therefor.

---

[1] Defendant Jason Doolittle is not a party to the Base Commerce Settlement Agreement, but he is being released/dismissed as a former officer of Base Commerce pursuant to the terms of that Agreement.

The grounds for this motion are that (1) the Settlement Agreements meet the requirements for approval pursuant to Federal Rule of Civil Procedure 23; (2) the form and manner of providing notice meet the requirements of Federal Rule of Civil Procedure 23; (3) the Settlement Class meets the requirements for certification under Federal Rule of Civil Procedure 23; and (4) an application for an award of attorneys' fees, expenses and incentive awards is appropriate at this time so that the class members may receive notice and comment or object.

This motion is based upon this Motion, the Memorandum of Law in support of Preliminary Approval, the Declaration of Ronald Dardeno (Attachment 1 to the Memorandum), and the Proposed Orders (Attachments 3 and 4 to the Memorandum) filed concurrently herewith, the complete files and records in this action, and such other written or oral arguments that may be presented to the Court. The Settlement Agreements are attached to the Dardeno Declaration as Exhibit 1 (Craft Agreement), and Exhibit 2 (Base/Synovus Agreement). The Proposed Notice is Attachment 3 and the Proposed Order granting this Motion is Attachment 4 to the Memorandum of Law filed concurrently herewith.

The Base Commerce, Synovus Bank and Craft Parties assent this Motion, pursuant to Federal Rule of Civil Procedure 23, for preliminary approval of three settlements.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Plaintiffs request oral argument.

Dated: November 5, 2019

Respectfully submitted,

*/s/ Robert J Bonsignore*
Robert J. Bonsignore Esq. (NH Bar No 21241)
Lisa Sleboda, Esq. (PA No. 71580)
Bonsignore Trial Lawyers, PLLC
3771 Meadowcrest Drive

Las Vegas, NV  89121
Telephone:  781-856-7650
Email: rbonsignore@classactions.us
Email: lsleboda@classactions.us

***Plaintiffs' Interim Lead Counsel***

Ronald A. Dardeno, Esq.
(BBO No. 548278)
Alexander D. Wall, Esq.
(BBO No. 688881)
Law Offices of Frank N. Dardeno
424 Broadway
Somerville, MA  02145
Telephone:  617-666-2600
Email: rdardeno@dardeno.com
Email: awall@dardeno.com

R. Alexander Saveri, Esq.
(CA Bar No. 173102)
Sarah Van Culin, Esq.
(CA Bar No. 293181)
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA  94111
Telephone:  415-217-6810
Email: rick@saveri.com

William Coulthard, Esq. (NV Bar No. 3927)
Michael J. Gayan, Esq. (NV Bar No. 11135)
Anna A. Karabachev (NV Bar No. 14387)
Kemp, Jones & Coulthard, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV  89169
Telephone:  702-385-6000
Email: m.gayan@kempjones.com

William R. Baldiga, Esq.
(MA Bar No. 542125)
(NY Bar No. 4813846)
Brown Rudnick LLP
One Financial Center
Boston, MA  02110
Telephone:  617-856-8586
Email:  wbaldiga@brownrudnick.com

4

D. Michael Noonan, Esq.
(NH Bar No. 8214)
(MA Bar No. 558247)
(VT Bar No. 4050)
(ME Bar No. 7240)
Christine Craig
Shaheen and Gordon
140 Washington Street
P.O. Box 977
Dover, NH  03821
Telephone:  603-871-4144
Email: mnoonan@shaheengordon.com

***Plaintiffs Interim Executive Committee***

## CERTIFICATE OF SERVICE

I, Robert J. Bonsignore, hereby certify that on this 5th day of November, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter. A copy will be forwarded via first class mail, postage prepaid, to those parties not electronically registered.

/s/ Robert J. Bonsignore
Robert J. Bonsignore

6