UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: TELEXFREE SECURITIES LITIGATION<br><br>**This Document Relates To:**<br><br>ALL CASES | MDL No. 4:14-md-2566-TSH |

CELIO DA SILVA, RITA DOS SANTOS, PUTATIVE CLASS REPRESENTATIVES AND THOSE SIMILARLY SITUATED,

                Plaintiffs,

v.

TELEXELECTRIC, LLLP; et al.

                Defendants,

## NOTICE OF APPEARANCE

Please enter the appearance of Andrew M. Schneiderman as counsel for Defendants, Jeffrey A. Babener and Babener & Associates, in the above-captioned matter.

                Attorneys for Defendants
                JEFFREY A. BABENER and BABENER & ASSOCIATES

                By: Their Attorneys

                */s/ Andrew M. Schneiderman*
                David A. Grossbaum, BBO #546020
                Andrew M. Schneiderman, BBO #666252
                HINSHAW & CULBERTSON LLP
                53 State Street 27th Floor
                Boston, MA 02109
                dgrossbaum@hinshawlaw.com
                aschneiderman@hinshawlaw.com
Dated: December 20, 2019      617-213-7000
                617-213-7001  (facsimile)

2

## **CERTIFICATE OF SERVICE**

      I, Andrew M. Schneiderman, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent by U.S. Mail to those indicated as non-registered participants, if any, on December 20, 2019.

                                            /s/ *Andrew M. Schneiderman*
                                            Andrew M. Schneiderman

1004301\304882099.v1