UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br>TELEXFREE SECURITIES LITIGATION<br>**This Document Relates To:**<br>**All Cases** | MDL No. 4:14-md-2566-TSH |

### INTERNATIONAL PAYOUT SYSTEMS, INC.'S MOTION TO STRIKE OR IN THE ALTERNATIVE TO DISMISS PLAINTIFFS' FIFTH CONSOLIDATED AMENDED COMPLAINT AND PLAINTIFFS' FIFTH CONSOLIDATED AMENDED COMPLAINT (CORRECTED)

Defendant International Payout Systems, Inc. ("IPS" or "Defendant") hereby moves pursuant to Fed. R. Civ. P. 12(f) and 12(b)(6) to strike or in the alternative to dismiss for failure to state a claim Plaintiffs' Fifth Consolidated Amended Complaint ("FiCAC I") (Dkt. 779) and Plaintiffs' Fifth Consolidated Amended Complaint (Corrected) ("FiCAC II") (Dkt. 790). As explained in IPS' memorandum in support of this motion, this Court should strike FiCAC I and FiCAC II for failure to comply with Fed. R. Civ. P 15(a)(2) and the Scheduling Order entered by this Court on September 23, 2019 (Dkt. 756). In the alternative, this Court should dismiss Plaintiffs' Third, Fourth, Fifth, and Tenth Claims for Relief as to IPS for failure to state a claim.

Dated: January 10, 2020

Respectfully submitted,

INTERNATIONAL PAYOUT SYSTEMS, INC.
By its attorneys,

*/s/ Diana Van Leeuwen*
Justin P. O'Brien (BBO # 658765)
Anthony E. Fuller (BBO # 633246)
Julia McLetchie (BBO # 671106)
Diana Van Leeuwen (BBO # 703058)
Hogan Lovells US LLP
125 High Street, Suite 2010

Boston, MA 02110  
justin.obrien@hoganlovells.com  
anthony.fuller@hoganlovells.com  
julia.mcletchie@hoganlovells.com  
diana.vanleeuwen@hoganlovells.com  
(617) 371-1000  
(617) 371-1037 (facsimile)

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Pursuant to Local Rule 7.1(a)(2), I certify that counsel for Plaintiffs and Defendants have conferred regarding the validity of Plaintiffs' FiCAC I and FiCAC II, which Plaintiffs continue to assert.

Dated: January 10, 2020                              */s/ Diana Van Leeuwen*
                                                                         Diana Van Leeuwen (BBO # 703058)

## **CERTIFICATE OF SERVICE**

I certify that on the date set forth below, a copy of this document was electronically filed through the ECF system and will be sent electronically to all persons identified in the Notice of Electronic Filing, and that paper copies will be sent to those indicated as nonregistered participants.

Dated: January 10, 2020                              */s/ Diana Van Leeuwen*
                                                                         Diana Van Leeuwen (BBO # 703058)