UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: TELEXFREE SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>   ALL CASES | MDL No. 4:14-md-2566-TSH |
| CELIO DA SILVA, RITA DOS SANTOS, PUTATIVE CLASS REPRESENTATIVES AND THOSE SIMILARLY SITUATED,<br><br>                    Plaintiffs,<br><br>                    v.<br><br>TELEXELECTRIC, LLLP; et al.<br><br>                    Defendants, | |

**DEFENDANTS, JEFFREY A. BABENER AND BABENER & ASSOCIATES', RESPONSE TO JOINT MOTION PROPOSING ENTRY OF PROTECTIVE ORDER**

Defendants, Jeffrey A. Babener and Babener & Associates (together, "Babener Defendants,") respond to the Joint Motion of Plaintiffs, Wells Fargo Advisors, LLC, ProPay, Inc., Fidelity Bank, International Payout Systems, Inc., and John F. Merrill Proposing Entry of Protective Order (Doc. No. 874) ("Joint Motion") as follows:

Paragraph 3 of the Joint Motion states that the Babener Defendants' counsel declined to "consent to the proposed Protective Order and will make a separate submission in response to this Motion." The Babener Defendants seek to clarify that their counsel provided comments regarding the proposed Protective Order and such comments were not included in the final version. Therefore, they declined to join. The Babener Defendants have not yet filed a responsive pleading, and filed a Motion for Extension of Time to Respond to Fifth Amended Complaint and to

Plaintiffs' Discovery Requests on January 10, 2020 (Document No. 834). That motion remains pending. As that motion indicates, the Babener Defendants intend to file a motion to dismiss whichever complaint the Court deems is operative after consideration of other pending motions. As the Plaintiffs' counsel has not conducted the required Fed. R. Civ. P. 26(f) conference with the Babener Defendants' counsel, any such protective order is premature. Numerous other putative defendants named in the Fifth Amended Consolidated Complaint have also not joined in the motion for protective order. Should the Babener Defendants' eventual motion to dismiss be denied, and upon the appropriate Rule 26(f) conference, it will discuss an appropriate protective order.

*[SIGNATURE PAGE TO FOLLOW]*

1004301\305233283.v1

<table>
<tr><td>Dated: February 24, 2020</td><td>Attorneys for Defendants<br>JEFFREY A. BABENER and BABENER &<br>ASSOCIATES<br><br>By: Their Attorneys<br><br>  <u>/s/ Jordan S. O'Donnell</u><br>David A. Grossbaum, BBO #546020<br>Andrew M. Schneiderman, BBO #666252<br>Jordan S. O'Donnell, BBO #684001<br>HINSHAW & CULBERTSON LLP<br>53 State Street 27th Floor<br>Boston, MA 02109<br>dgrossbaum@hinshawlaw.com<br>aschneiderman@hinshawlaw.com<br>jodonnell@hinshawlaw.com<br>617-213-7000<br>617-213-7001 (facsimile)</td></tr>
</table>

## CERTIFICATE OF SERVICE

    I, Jordan S. O'Donnell, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent by U.S. Mail to those indicated as non-registered participants, if any, on February 24, 2020.

                                                                           <u>/s/ *Jordan S. O'Donnell*</u>
                                                                           Jordan S. O'Donnell