UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: TELEXFREE SECURITIES LITIGATION | MDL No. 4:14-md-2566-TSH |
| This Document Relates To: ALL CASES | |

## PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiffs and the putative class ("Plaintiffs") respectfully hereby move this Honorable Court pursuant to Federal Rule of Civil Procedure 54(b) for

(1) entry of a final judgment with respect to the orders dismissing this case as against Defendants Bank of America, N.A., TD Bank, N.A., Wells Fargo Bank, N.A. and PricewaterhouseCoopers, LLC (the "Dismissed Defendants"), which fully and completely resolved the claims against them in this case (Dkt. 595, 602, 611);

(2) entry of final judgment with respect to the denial of Plaintiffs' Motion to Reconsider and to Permit Amendment, to the extent it denied Plaintiffs' request for reconsideration of the Orders' dismissal without leave to amend and denied leave to amend as to the Dismissed Defendants (Dkt. 898); and

(3) entry of partial final judgment for the dismissal of Count IV for unjust enrichment as a discrete cause of action dismissed as a matter of law from this action against all Defendants.

This motion is based upon this Motion and the Memorandum of Law in support filed herewith.

## RULE 7.1(d) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel for Plaintiffs contacted defense counsel by email on this date regarding this Motion. As of the time of filing, counsel had not responded.[1]

## REQUEST FOR ORAL ARGUMENT

Under Local Rule 7.1(d), Plaintiffs request oral argument. Plaintiffs believe that argument may assist the Court in evaluation the issues of law and in deciding this motion.

Dated: March 27, 2020

                                        Respectfully submitted,

                                        */s/ Robert J. Bonsignore*
                                        Robert J. Bonsignore Esq. (NH Bar No 21241)
                                        Lisa Sleboda, Esq. (PA No. 71580)
                                        Bonsignore Trial Lawyers, PLLC
                                        3771 Meadowcrest Drive
                                        Las Vegas, NV 89121
                                        Telephone: 781-856-7650
                                        Email: rbonsignore@classactions.us
                                        Email: lsleboda@classactions.us

                                        *Plaintiffs' Interim Lead Counsel*

                                        R. Alexander Saveri, Esq.
                                        (CA Bar No. 173102)
                                        Saveri & Saveri, Inc.
                                        706 Sansome Street
                                        San Francisco, CA 94111
                                        Telephone: 415-217-6810
                                        Email: rick@saveri.com

                                        Ronald A. Dardeno, Esq.
                                        (BBO No. 548278)
                                        Alexander D. Wall, Esq.

---

[1] Plaintiffs' Counsel is aware of the stay on deadlines ordered in this action set forth in this Court's order, dated March 25, 2020. (Dkt. 936). Plaintiffs' Counsel will continue to reach out to defense counsel to narrow or resolve the issues involved herein.

(BBO No. 688881)
Law Offices of Frank N. Dardeno
424 Broadway
Somerville, MA  02145
Telephone:  617-666-2600
Email: rdardeno@dardeno.com
Email: awall@dardeno.com

William Coulthard, Esq.
Kemp, Jones & Coulthard, LLP
Wells Fargo Tower
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV  89169
Telephone:  702-385-6000
Email:  w.coulthard@kempjones.com

William R. Baldiga, Esq.
(MA Bar No. 542125)
(NY Bar No. 4813846)
Brown Rudnick LLP
One Financial Center
Boston, MA  02110
Telephone:  617-856-8586
Email:  wbaldiga@brownrudnick.com

D. Michael Noonan, Esq.
(NH Bar No. 8214)
(MA Bar No. 558247)
(VT Bar No. 4050)
(ME Bar No. 7240)
Shaheen and Gordon
140 Washington Street
P.O. Box 977
Dover, NH  03821
Telephone:  603-871-4144
Email: mnoonan@shaheengordon.com

*Plaintiffs Interim Executive Committee*

## CERTIFICATE OF SERVICE

I, Robert J. Bonsignore, hereby certify that on this 20th day of March 2020, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter. A copy will be forwarded via first class mail, postage prepaid, to those parties not electronically registered.

/s/ Robert J. Bonsignore
Robert J. Bonsignore