UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: TELEXFREE SECURITIES
LITIGATION

MDL No. 4:14-md-2566-TSH

This Document Relates To:
ALL CASES

(Leave to file granted 5/19/2020)

## PLAINTIFFS' MOTION TO AMEND

Plaintiffs, on behalf of themselves and the putative class, hereby move this Honorable Court to

(1) permit amendment of the Fourth Consolidated Amended Complaint (the "FCAC")

and grant them leave to file the Fifth Consolidated Amended Complaint and

(2) modify the September 23, 2019 Scheduling Order (Dkt. 756) to allow for Plaintiffs'

filing of the Fifth Consolidated Amended Complaint.

This motion is based upon this Motion and the Memorandum of Law in support filed

herewith.  The proposed Fifth Consolidated Amended Complaint is attached hereto as

Attachment A.

## RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel for Plaintiffs contacted defense

counsel by email on April 27, 2020 regarding this Motion.  As of the time of the service of this

Motion, pursuant to Local Rule 15.1, on April 30, 2020, counsel for Defendants: (1) Propay will

not be able to take a position on the forthcoming motion to amend on behalf of this Defendant

until they have more information about what Plaintiff intends to do in the proposed amendment;

needs more information; (2) Fidelity Bank, N.A., will not be able to take a position on the

forthcoming motion to amend on behalf of this Defendant until they have more information

1

about what Plaintiff intends to do in the proposed amendment and needs more information; (3) John Merrill will not be able to take a position on the forthcoming motion to amend on behalf of this Defendant until he has more information about what Plaintiff intends to do in the proposed amendment; needs more  information; (4) Global Payroll Gateway, if the Fifth Amended Complaint includes Global Payroll Gateway, it does not consent and also they do not have enough information to take a firm position since it has been dismissed; (5) Vantage Payments, LLC opposes the relief requested in the motion; (6) Dustin Sparman opposes the relief requested in the motion; (7) TD Bank, N.A., objects to every motion and every effort to add new or previously asserted claims against TD Bank as improper and contrary to the Court's earlier rulings; (8) Wells Fargo Advisors, LLC – they anticipate that WFA will object to the motion to amend and will advise as to their position after they see Motion; (9) Bank of America, NA objects to every motion and every effort to add new or previously asserted claims against on the basis that they were dismissed from this case. (10) PriceWaterhouse Coopers, LLP – they will object to this Motion; (11) Richard Colabella will object to this Motion; (12) Jerry Puzey will object to this Motion; (13) International Payout Systems opposes the Motion for leave to the extent Plaintiffs seeks to add new or previously dismissed claims against IPA; (13) The Estate of Jeffrey Babener indicated that they do not consent to the Motion; and  the (14) Garvey Schubert Defendants who object and advocate Plaintiffs are forbidden to serve them via Rule 15.1 or by regular mail or by electronic service.

## REQUEST FOR ORAL ARGUMENT

Under Local Rule 7.1(d), Plaintiffs request oral argument.  Plaintiffs believe that

argument may assist the Court in evaluating the issues of law and in deciding this Motion.

Dated  April 30, 2020

Respectfully submitted,

*/s/ Robert J. Bonsignore*
Robert J. Bonsignore Esq.
(BBO No. 547880)
(NH Bar No 21241)
Lisa A. Sleboda, Esq.
(PA Bar No. 71580)
(NY Registration No. 2640498)
Bonsignore Trial Lawyers, PLLC
23 Forest Street
Medford, MA  02155
Telephone:  781-856-7650
Email: rbonsignore@class-actions.us
Email: lsleboda@class-actions.us

### *Plaintiffs' Interim Lead Counsel*

William Sinnott, Esq.
(BBO No. 547423)
Barrett & Singal
One Beacon Street, Suite 1320
Boston, MA  02108
Telephone:  617-720-5090
Fax:  617-720-5092
wsinnott@barrettsingal.com

### *Counsel for Plaintiffs' Interim Lead Counsel*

Ronald A. Dardeno, Esq.
(BBO No. 548278)
Alexander D. Wall, Esq.
(BBO No. 688881)
Law Offices of Frank N. Dardeno
424 Broadway
Somerville, MA  02145
Telephone:  617-666-2600

3

Email: rdardeno@dardeno.com
Email: awall@dardeno.com

William Coulthard, Esq.
Kemp, Jones & Coulthard, LLP
Wells Fargo Tower
3800 Howard Hughes Parkway, 17ᵗʰ Floor
Las Vegas, NV  89169
Telephone:  702-385-6000
Email:  w.coulthard@kempjones.com

William R. Baldiga, Esq.
(MA Bar No. 542125)
(NY Bar No. 4813846)
Brown Rudnick LLP
One Financial Center
Boston, MA  02110
Telephone:  617-856-8586
Email:  wbaldiga@brownrudnick.com
Email:  ktaylor@brownrudnick.com

D. Michael Noonan, Esq.
(NH Bar No. 8214)
(MA Bar No. 558247)
(VT Bar No. 4050)
(ME Bar No. 7240)
Shaheen and Gordon
140 Washington Street
P.O. Box 977
Dover, NH  03821
Telephone:  603-871-4144
Email: mnoonan@shaheengordon.com

R. Alexander Saveri, Esq.
(CA Bar No. 173102)
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA  94111
Telephone:  415-217-6810
Email: rick@saveri.com
Email: carl@saveri.com

*Plaintiffs Interim Executive Committee*

4

5

Edwin H. Howard, Esq.
(BBO No. 241700)
Bonville & Howard
154 Prichard Street
Fitchburg, MA 01420
Telephone: 978-345-4144
Email: Ed@Bonvillelaw.com

Ernest Warren, Jr.
(OR BBO No. 891384)
Warren & Sugarman
838 SW 1st Avenue, Suite 500
Portland, OR 97204
Telephone: 503-228-6655
Email: e.warren@warrenpdxlaw.com

## CERTIFICATE OF SERVICE

I, Robert J. Bonsignore, hereby certify that on this 19th day of May 2020, I caused the

foregoing to be electronically filed with the Clerk of the Court by using the Case Manage-

ment/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to

all parties registered with the CM/ECF system in the above-captioned matter. A copy will be

forwarded via first class mail, postage prepaid, to those parties not electronically registered.

/s/ Robert J. Bonsignore
Robert J. Bonsignore

6