UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: TELEXFREE SECURITIES LITIGATION <br><br> This Document Relates to: <br><br> ALL CASES | MDL No. 4:14-md-2566-TSH <br><br> (Leave to file granted 7/23/20 (Dkt. 1054)) |

### MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH DEFENDANTS FIDELITY CO-OPERATIVE BANK AND JOHN MERRILL

Plaintiffs hereby move the Court, pursuant to Federal Rule of Civil Procedure 23, for preliminary approval of a settlement reached with Defendants Fidelity Co-operative Bank ("Fidelity Bank") and John Merrill and related individuals and entities (together, the "Fidelity Bank Defendants").[1] Plaintiffs seek entry of orders:

(i) granting preliminary approval of the settlement agreement with the Fidelity Bank Defendants;

(ii) provisionally certifying a settlement class with respect to the settlement (the "Settlement Class");

(iii) appointing Igor Shikhman as Class Representative of the Settlement Class;

---

[1] Fidelity Bank Defendants include their past, present and future employees, officers, directors, corporators, spouses, heirs, trusts, trustees, executors, estates, administrators, beneficiaries, distributees, foundations, agents, fiduciaries, partners, partnerships, joint ventures, member firms, limited liability companies, corporations, parents, subsidiaries, divisions, affiliates, associated entities, principals, managing directors, members, managers, predecessors, predecessors-in-interest, successors, successors-in-interest, assigns, advisors, consultants, brokers, dealers, lenders, attorneys, representatives, accountants, insurers, co-insurers, reinsurers, associates and their related parties.

(iv) preliminarily appointing Bonsignore Trial Lawyers, PLLC as Lead Counsel and the Law Offices of Frank L. Dardeno, LLP; Saveri & Saveri, Inc.; and Shaheen and Gordon as Class Counsel for the Settlement Class;

(v) approving the manner and form of notice given of the settlement to class members;

(vi) approving the administrative appeal process for claimants dissatisfied with their award;

(vii) establishing a timetable for publishing class notice and lodging objections to the terms of the settlement;

(viii) approving a means by which class members may contest administrative findings related to their claims;

(ix) setting a date for Final Approval; and

(x) establishing a briefing schedule for Plaintiffs' application for an award of attorneys' fees and expenses and setting a hearing date therefor.

The grounds for this motion are that (1) the settlement agreement meets the requirements for approval pursuant to Federal Rule of Civil Procedure 23; (2) the form and manner of providing notice meet the requirements of Federal Rule of Civil Procedure 23; (3) the Settlement Class meets the requirements for certification under Federal Rule of Civil Procedure 23; and (4) an application for an award of attorneys' fees, expenses and incentive awards is appropriate at this time so that the class members may receive notice and comment or object.

This motion is based upon this Motion and the Memorandum in Support of Preliminary Approval, the Declaration of Robert J. Bonsignore (Attachment 1 to the Memorandum), the Declaration of Eric Schachter (Attachment 2 to the Memorandum), the Proposed Class Notice

(Attachment 3 to the Memorandum), and the Proposed Order filed concurrently herewith, the complete files and records of this action, and such other written or oral arguments that may be presented to the Court. The Proposed Order granting this Motion is attached hereto as Attachment 1.

The Fidelity Bank Defendants assent to this Motion, pursuant to Federal Rule of Civil Procedure 23, for preliminary approval of the settlement.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Plaintiffs request oral argument

## RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel for Plaintiffs contacted defense counsel by email on July 15, 2020 regarding this Motion and received no responses.

Dated: July 24, 2020

Respectfully submitted,

TELEXFREE CLASS PLAINTIFFS
By their attorneys,

*/s/ Robert J. Bonsignore*
Robert J. Bonsignore Esq. (BBO No. 547880)
(NH Bar No 21241)
MDL 2566 Interim Lead Counsel
Lisa A. Sleboda, Esq.
(PA Bar No. 71580)
(NY Registration No. 2640498)
Bonsignore Trial Lawyers, PLLC
23 Forest St.
Medford, MA  02155
Telephone:  781-856-7650
Cell:  781-856-7650
Fax: 702-852-5726
Email: rbonsignore@classactions.us
Email: lsleboda@class-actions.us

Plaintiffs' Counsel:

R. Alexander Saveri, Esq.

Sarah Van Cullen, Esq.
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA  94111
Telephone:  415-217-6810
Email: rick@saveri.com

D. Michael Noonan, Esq.
Shaheen and Gordon
353 Central Ave., 2nd Floor
P.O. Box 977
Dover, NH  03821
Telephone:  603-749-5000
Email: mnoonan@shaheengordon.com
Fax:  603-749-1838

Ronald A. Dardeno, Esq.
Law Offices of Frank N. Dardeno
424 Broadway
Somerville, MA  02145
Telephone:  617-666-2600
Email: rdardeno@dardeno.com

Edwin H. Howard, Esq.
Bonville & Howard
154 Prichard Street
Fitchburg, MA  01420
(978) 345-4144
(978) 345-2261 (Fax)

Ernest Warren, Esq.
Vera Warren
Warren & Sugarman
838 SW 1st Avenue, Suite 500
Portland, Oregon  97204
(503) 228-6655
(503) 228-7017 (Fax)

**CERTIFICATE OF SERVICE**

I, Robert J. Bonsignore, hereby certify that on this 24th day of July 2020, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter. A copy will be forwarded via first class mail, postage prepaid, to those parties not electronically registered at their last and/or only known address.

                                                  */s/ Robert J. Bonsignore*
                                                  Robert J. Bonsignore