UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: TELEXFREE SECURITIES LITIGATION | MDL No. 4:14-md-02566-NMG |
| | Judge Nathaniel M. Gorton |
| This Document Relates To: All Actions | |

**JOINT STATUS REPORT REGARDING
AUGUST 8, 2024 STATUS CONFERENCE**

Defendant ProPay, Inc. ("ProPay") and Plaintiffs (with ProPay, the "Parties") respectfully submit the following Joint Status Report Regarding the status conference scheduled for August 8, 2024 at 11:00 a.m. Eastern:

1. Since the May 16, 2024 Case Management Conference held in this matter, the Parties have been engaged in a meet and confer process concerning the potential Rule 30(b)(6) Deposition of ProPay.

2. On June 21, 2024, the Parties informed the Court that they had successfully resolved most open issues but requested a status conference to seek guidance from the Court on their remaining areas of disagreement. Dkt. 2076.

3. The Court subsequently set a status conference for August 1, 2024, Dkt. 2079, which was rescheduled for August 8, 2024, Dkt. 2086.

4. The Parties held additional meet and confer sessions on August 6, 2024 and August 7, 2024 in advance of the status conference. During these sessions, the Parties were able to reach an agreement in principle on their remaining areas of disagreement. The Parties are working in good faith to promptly finalize the

resolution of their discovery dispute and do not anticipate they will need Court assistance to do so.

5.     Accordingly, the Parties do not believe the status conference scheduled for August 8, 2024 is necessary, but they will appear for the conference if the Court wishes to proceed.

6.     The Parties otherwise reserve their rights as to all underlying matters not subject to the motion before the court.

Dated: August 7, 2024.              Respectfully submitted,

/s/ *J. Andrew Pratt*
J. Andrew Pratt (*pro hac vice*)
David L. Balser (*pro hac vice*)
Phyllis B. Sumner (*pro hac vice*)
Timothy H. Lee (*pro hac vice*)
Charles G. Spalding, Jr. (*pro hac vice*)
Alexandra H. Titus (*pro hac vice*)
**King & Spalding LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4799
Fax: (404) 572-5138
apratt@kslaw.com
dbalser@kslaw.com
psumner@kslaw.com
tlee@kslaw.com
cspalding@kslaw.com
atitus@kslaw.com

Douglas S. Brooks (BBO No. 636697)
**Libby Hoopes Brooks, P.C.**
399 Boylston Street, Suite 600
Boston, Massachusetts 02116
Telephone: (617) 338-9300
Fax: (617) 338-9911
dbrooks@lhblaw.com

*Counsel for Defendant ProPay, Inc.*

/s/ *Robert J. Bonsignore*
Robert J. Bonsignore, Esq. (BBO #547880)
193 Plummerhill Road
Belmont, New Hampshire 03220
Mobile: (781) 354-1800
Office: (781) 350-0000
Facsimile: (702) 983-8673
Email: rbonsignore@classactions.us
Email: melanie@classactions.us

*Plaintiffs' Interim Lead Counsel*

STEVEN RHODES CONSULTING, LLC
Steven Rhodes, Esq. (MI #P19394) (*pro hac vice*)
1610 Arborview Boulevard
Ann Arbor, MI 48103
Telephone: (734) 646-7406
Email: rhodessw@comcast.net

ADAMSKI, MOROSKI, MADDEN, CUMBERLAND & GREEN LLP
James Wagstaffe, Esq. (CA #95535) (*pro hac vice*)
6633 Bay Laurel Place
Avila Beach, CA 93424
Telephone: (415) 357-8900
Email: wagstaffe@ammcglaw.com


LOWEY DANNENBERG, P.C.
Peter A. Barile, III (pro hac vice)
44 South Broadway
Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Email: pbarile@lowey.com

*Counsel for Plaintiffs*

**LOCAL RULE 37.1 CERTIFICATION**

I hereby certify that counsel for Defendant ProPay and Plaintiff concur in the substance of this Motion.

This 7th day of August, 2024.

*/s/ J. Andrew Pratt*
J. Andrew Pratt
*Counsel for Defendant ProPay, Inc.*

## **CERTIFICATE OF SERVICE**

I CERTIFY that a copy hereof was filed in the CM/ECF which in turn sends electronic notice of filing to all counsel of record by notice of electronic filing.

This 7th day of August, 2024.

/s/ *J. Andrew Pratt*
J. Andrew Pratt
*Counsel for Defendant ProPay, Inc.*