**United States District Court
District of Massachusetts**

| | |
|---|---|
| In re: TelexFree Securities Litigation )))))) | Civil Action No. 14—md-02566-NMG |

**ORDER**

**GORTON, J.**

Pending before the Court is a preemptive motion to deny class certification (Docket No. 2152) filed by defendants Vantage Payments, LLC and Dustin Sparman ("defendants"). Although the motion caption indicates that the filing relates to "[a]ll [c]ases" in the In re TelexFree MDL, the motion is with respect to class certification of only the individual member case Dos Santos v. Telexelectric LLLP, No. 4:14-md-02566.[1]

Defendants urge the Court to consider their motion before the named plaintiff, Rita Dos Santos ("Dos Santos"), has filed or briefed her own motion to certify a class. The Court declines to do so, especially in light of defendants' failure to

---

[1] Although Dos Santos was transferred to this Court from the District of Arizona for pretrial proceedings, it was not "merged" via superseding complaint with the other consolidated actions in the MDL. See Docket No. 1701. Dos Santos has thus retained its "separate identity" throughout the course of the TelexFree litigation. See Gelboim v. Bank of America Corp., 574 U.S. 405, 413 n.3 (2015).

comply with their obligation to confer with Dos Santos under D. Mass. Local Rule 7.1(a)(2).

Defendants' motion is therefore **DENIED** without prejudice to refiling in compliance with the Local Rules and all relevant MDL Case Management Orders of this Court.

**So ordered.**

Nathaniel M. Gorton
United States District Judge

Dated: February 24, 2025

-2-