UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE:**<br><br>**TELEXFREE SECURITIES LITIGATION**<br><br>This Document Relates to:<br><br>All Cases | **MDL No. 4:14-md-2566-NMG** |

**MOTION OF DEFENDANTS VANTAGE PAYMENTS LLC AND DUSTIN SPARMAN FOR ONE OF THEIR TWO COUNSEL TO APPEAR VIRTUALLY FOR FEBRUARY 19, 2026 STATUS CONFERENCE**

Defendants, Vantage Payments LLC and Dustin Sparman ("Defendants"), hereby move the Court for permission for one of their two counsel to appear virtually at the February 19, 2026, Status Conference for the reasons set forth herein.

**CERTIFICATION OF COMPLIANCE WITH LR 7.1(a)(2)**

Counsel for Defendants, hereby certify that on February 10, 2026, they inquired whether any party objected to the relief sought herein. As of the date of this Motion, defendants Wells Fargo and Propay stated they had no objection to the relief sought in this Motion. No other defendant responded as of the time of filing.

At 5:47 p.m., Eastern Time, on February 11, 2026, Mr. Bonsignore stated by email that Plaintiffs object to this motion to participate virtually.

**BASIS OF MOTION**

1. The Court has scheduled a Status Conference for February 19, 2026, at 11AM EST. In its Order, Dkt. 2311, the Court stated that attendance at the February 19th Status Conference is in person only.

2. Richard Westfall and Gary Crandell are the only current counsel of record for Defendants in this proceeding.

Motion allowed. NMGorton, SUSDJ 02/12/2026