UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: TELEXFREE SECURITIES LITIGATION | MDL No. 4:14-md-02566-NMG |
| This Document Relates To:<br><br>ALL CASES | |

**MOTION FOR AN INTERIM AND PARTIAL REIMBURSEMENT OF COMMON EXPENSES**

Lead Plaintiff Anthony Cellucci, by and through the undersigned Settlement Class Counsel, and pursuant to this Court's order of February 13, 2025 (Dkt. No. 2213), which adopted Plaintiff's proposed Preliminary Order of Settlement Approval with modifications, respectfully moves the Court for the entry of an Order awarding a reimbursement of a limited set of litigation expenses totaling $3,450,500.00, which represents 75% of the total outstanding Common Expenses for Plaintiff's Counsel.

This Motion is supported by the following materials: a separately-filed Memorandum of Law, Declaration of Interim Lead Counsel, and Summary of Common Expenses filed by Plaintiff's Counsel.

WHEREFORE, Plaintiff respectfully requests that the Court enter the Order attached to this Motion as **Exhibit 1**.

For good cause shown and for the reasons set forth in Plaintiffs' supporting papers, motion allowed.
NMGorton, SUSDJ 02/19/2026