United States District Court for the
District of Massachusetts

| | | |
|---|---|---|
| In re: Telexfree Securities Litigation | ) | MDL Action No. 4:14-md-2566-NMG |

**Notice**

**GORTON, J.**

This is to further address the reference in this Court's earlier order (Docket No. 2314) to the erroneous citations submitted by Attorney Ronald Passatempo in his opposition to defendants' Motion for Attorneys' Fees and Costs (Docket No. 2299).

In his response to the Court (Docket No. 2322), Attorney Passatempo apparently misses the thrust of admonition of the Court in that order. He does not acknowledge that he submitted citations to this Court in support of his position that included at least one AI-generated citation to a non-existent case: Raymond v. U.S., 207 F.3d 1020 (9th Cir. 2000). Attorney Passatempo downplays the seriousness of his conduct by simply admitting that the hallucinated and misquoted cases "should not have been included" in his brief, without acknowledging their fabrication.

Furthermore, Attorney Passatempo appears to reaffirm those misrepresentations. For example, in his response to this Court

(Docket No. 2322), he reiterates that _Rivera_ v. _Centro Medico de Turabo, Inc._, 575 F.3d 10, 17 (1st Cir. 2009), discusses Rule 11 violations. Had he read that case, however, he would realize that it does not concern, nor even reference, Rule 11 or sanctions of any sort.

The submission of false authority to a court, whether generated by artificial intelligence or not, is a serious breach of professional conduct. The Court makes no conclusive finding against Attorney Passatempo in this case but forewarns him that if it becomes aware of any similar pleadings in the future, the matter will be referred to the Massachusetts Board of Bar Overseers.

Nathaniel M. Gorton
Nathaniel M. Gorton
Senior United States District Judge

Dated: February 27, 2026